UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| LEAMAN CREWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 19-cv-2541 |
| | ) |
| KATHLEEN HAWK SAWYER, in her official capacity as the Director of the Bureau of Prisons, and Dr. DEBORAH G. SCHULT, in her official capacity as Assistant Director for the Health Services Division of the Federal Bureau of Prisons, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Lawrence Crews has a deadly medical condition for which he receives FDA-approved and doctor-prescribed medication that keeps him alive. On September 4, 2019, he reported to the United States Penitentiary at Leavenworth, a federal Bureau of Prisons (BOP) facility, to begin a 36-month sentence. But unless this Court intervenes, BOP officials will halt Mr. Crews' life-saving medication within the next week. That is because his condition is opioid use disorder, his medication is buprenorphine, and BOP's policy categorically denies all non-pregnant inmates access to buprenorphine as a treatment for opioid use disorder. This policy, as applied to Crews, likely violates the Eighth Amendment, as well as multiple federal statutes. This Court should grant a temporary restraining order requiring the BOP to provide Mr. Crews his medically necessary treatment.

Counsel certifies that Plaintiffs immediately served a copy of the Complaint, Plaintiffs' Motion for a Temporary Restraining Order, and accompanying Memorandum of Law on Defendants. Copies have also been immediately emailed to the United States Attorney's Office for the District of Kansas.

For these reasons, and those set out in the accompanying Memorandum of Law, Plaintiffs request that this Court enter an immediate temporary restraining order.

A proposed order will be email to chambers immediately. <u>Plaintiffs request to be heard on their motion later this evening or at the court's earliest convenience.</u>

Dated: September 6, 2019

                          Respectfully Submitted,

By:    <u>/s/ Lauren Bonds</u>
         Lauren Bonds, KS No. 27807
         Zal Kotval Shroff, KS No. 28013
         ACLU Foundation of Kansas
         6701 W. 64th Street, Ste. 210
         Overland Park, KS 66202
         Phone: (913) 490-4100
         Fax: (913) 490-4119
         lbonds@aclukansas.org
         zshroff@aclukansas.org


         <u>/s/ Anthony E. Rothert</u>
         Anthony E. Rothert*
         Jessica Steffan*
         Gillian Wilcox*
         ACLU of Missouri Foundation
         906 Olive Street, Suite 1130
         St. Louis, MO 63101
         Tel: 314-669-3420
         Fax: 314-652-3112
         arothert@aclu-mo.org
         jsteffan@aclu-mo.org
         gwilcox@aclu-mo.org

*Application for Pro Hac Vice Forthcoming

ATTORNEYS FOR THE PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. On that date, I also served a copy of the Complaint, Plaintiffs' Motion for a Temporary Restraining Order, and accompanying Memorandum of Law on the United State Attorney for the District of Kansas and Federal Bureau of Prisons.

Dated: September 6, 2019

/s/ Lauren Bonds
Lauren Bonds