**ANIL GUPTA, M.D.** 421 S Main St, Columbia, IL 62236-2460    Rolla    H&P        **H&P 2 Note**

**LEAMAN CREWS**                                    MRN        Birthday        Phone
                                                              1973-10-23

Visited on: 2018 Jun 22 15:40 (Age at visit: 44 years)                    Signed by: ANIL GUPTA, MD on 2018-06-22

CC                    uds pos for opiates, oxycodone, and benzos.
                      opiate abuse

HPI
                      PT started using opiates: 2004 .
                      previous treatment: N
                      last used: 6/22/18
                      drug used: percocet
                      method of use:orally;; no ivda
                      hepatitis: N
                      when tested:
                      PT's current medications: percocet and valium.
                      PT currently getting medication off of street: percocet 10 mg po qid.
                      Patient is experiencing no withdrawal symptoms: . no
                      Any financial problems: . no
                      Dry mouth: . no
                      Dry nasal mucosa: . no
                      Sweaty: . no
                      evasive answers:. no
                      eye contact: . yes
                      Runny nose: . no
                      Watery eyes: . no
                      Slurred Speech: . no
                      Lack of energy: . yes
                      Lack of interest in normal activities: . yes
                      Neglected appearance: . no
                      Paranoid behavior: . no
                      Abnormal eye movements: . no
                      Rambling speech: . none
                      increase in energy/behavior: . no
                      Nauseous: . no
                      Denies depression: . no
                      impaired judgement: . no
                      insomnia: . not yet
                      experiencing fever and/or chills: . no
                      PT is clean, speaking in normal speech patterns, acting in normal behavior: . yes
                      patients complains of:. no
                      noted side effects of medication: . no
                      current pain level: 0.
                      complaints today:0 .
                      other medications: . listed
                      PT's report of personal goals:
                      Pt's report of barriers to compliance: . no
                      Attending counseling: substance abuse counselor
                      primary care provider: . not yet
                      Allergies. no

                      GAF 65
                      outpt

PMHx                  **Back Pain**

Printed on: 2018 Jun 22 15:49                                        Page 1 of 2
Note created using Kareo



Exhibit 13-001

**ANIL GUPTA, M.D.** 421 S Main St. Columbia, IL 62236-2460                                                  **H&P 2 Note**

## LEAMAN CREWS

MRN                              Birthday                    Phone
                                 1973-10-23

Visited on: 2018 Jun 22 15:40 (Age at visit: 44 years)                    Signed by: ANIL GUPTA, MD on 2018-06-22

**Soc Hx**
> **Current every day smoker**
> **Do not drink**
> **Illicit drug use** - pain pills.

**Medications**
No known medications

**Allergies**
No known allergies

**Vitals**

| Height/Length | Weight | BMI | Blood Pressure | Temperature | Pulse | RR | SpO2 |
|---|---|---|---|---|---|---|---|
| 5' 10" | 215.0 lbs | 30.85 | 159/88 | 97.6 °F | 91 | | |

Recorded: 2018 Jun 22 15:47 by: ANIL GUPTA

**EXAM**
GEN: NAD
HEENT: NL eye contact, non-tearful
NEURO: AO x 3
PSYCH: no depressed mood noted, NL affect, anxiety not noted, no mania noted, no hallucinations/delusions, no suicidal/homicidal ideation, NL thought rate and content, NL concentration and attention, judgment/insight intact

**Plan**
> start suboxone film 8/2 mg 1.5 films daily for 7 days. give 11 (and if female need to have neg urine pregnancy test. )
> f/u in 1 week.
>
> DO NOT TAKE XANAX OR ANY OTHER CONTROLLED SUBSTANCE FROM A DOCTOR
> clonidine 0.1 mg bid prn #30.
> baclofen 10 mg tid prn # 30
> trazodone 100 mg po q hs prn #30
> ok to give tylenol, ibuprofen as needed.
> do labs if not done in past 2 wks before initiating tx.
> labs typically consist of CBC, CMP and HCG (if female)

Exhibit 13-002

**ANIL GUPTA, M.D.** 421 S Main St, Columbia, IL 62236-2460

*Kolla*

**H&P 2 Note**

### LEAMAN CREWS

MRN

Birthday
**1973-10-23**

Phone

Visited on: 2018 Jul 24 09:13 (Age at visit: 44 years)

Signed by: ANIL GUPTA, MD on 2018-07-24

CC
uds pos for opiates, oxycodone, and benzos.
opiate abuse

HPI
PT started using opiates: 2004 .
previous treatment: N
last used: 6/22/18
drug used: percocet
method of use:orally;; no ivda
hepatitis: N
when tested:
PT's current medications: percocet and valium.
PT currently getting medication off of street: percocet 10 mg po qid.
Patient is experiencing no withdrawal symptoms: . no
Any financial problems: . no
Dry mouth: . no
Dry nasal mucosa: . no
Sweaty: . no
evasive answers:. no
eye contact: . yes
Runny nose: . no
Watery eyes: . no
Slurred Speech: . no
Lack of energy: . yes
Lack of interest in normal activities: . yes
Neglected appearance: . no
Paranoid behavior: . no
Abnormal eye movements: . no
Rambling speech: . none
increase in energy/behavior: . no
Nauseous: . no
Denies depression: . no
impaired judgement: . no
insomnia: . not yet
experiencing fever and/or chills: . no
PT is clean, speaking in normal speech patterns, acting in normal behavior: . yes
patients complains of:. no
noted side effects of medication: . no
current pain level: 0.
complaints today:0 .
other medications: . listed
PT's report of personal goals:
Pt's report of barriers to compliance: . no
Attending counseling: substance abuse counselor
primary care provider: . not yet
Allergies. no

GAF 65
outpt

7/24/18

Exhibit 13-003

**ANIL GUPTA, M.D.** 421 S Main St, Columbia, IL 62236-2460                                    **H&P 2 Note**

**LEAMAN CREWS**                                       MRN                  Birthday        Phone
                                                                           1973-10-23

Visited on: 2018 Jul 24 09:13 (Age at visit: 44 years)                     Signed by: ANIL GUPTA, MD on 2018-07-24

> follow up for opioid abuse- tolerating medication without side effects or problems. requests
> medication refill. no chest pain, no shortness of breath, no HA
> interval substance use: none
> Current pain level:. 0/10
> Complaints today:. no
> Current Dosage: 1.5 films daily
> Other medications: trazodone
> Patient's report of personal goals:. doing well
> Patient's report of barriers to compliance:. no
> Patient's report of cravings:. no
> Changes since last visit:. no
> Attending counseling:KIM BATY, substance abuse counselor .
> Primary care provider: no.
>
> LABS DRAWN BUT NOT AVAILABLE.

| | |
|---|---|
| **PMHx** | **Back Pain** |
| **PSHx** | JAW SURGERY 1983. |
| **FHx** | FATHER ABUSED DRUGS AND ALCOHOL. |
| **Soc Hx** | **Current every day smoker**<br>**Do not drink**<br>**Illicit drug use** - pain pills. |
| **Medications** | No known medications |
| **Allergies** | No known allergies |

**Vitals**        Height/Length  Weight     BMI        Blood Pressure  Temperature   Pulse   RR    SpO2
                  5' 10"                                145/82          98.2 °F       100     16
                  Recorded: 2018 Jul 24 09:13 by: ANIL GUPTA

**EXAM**          GEN: NAD
                  HEENT: NL eye contact, non-tearful
                  NEURO: AO x 3
                  PSYCH: no depressed mood noted, NL affect, anxiety not noted, no mania noted, no
                  hallucinations/delusions, no suicidal/homicidal ideation, NL thought rate and content, NL
                  concentration and attention, judgment/insight intact

**Plan**          suboxone film 8/2 mg 1.5 films daily for 14 days. give 21 (and if female need to have neg
                  urine pregnancy test. )
                  f/u in 2 week. TO GO OVER LABS.

Page 2 of 3



Exhibit 13-004

**ANIL GUPTA, M.D.** 421 S Main St, Columbia, IL 62236-2460                                          **H&P 2 Note**

## LEAMAN CREWS

MRN

Birthday
**1973-10-23**

Phone

Visited on: 2018 Jul 24 09:13 (Age at visit: 44 years)

Signed by: ANIL GUPTA, MD on 2018-07-24

DO NOT TAKE XANAX OR ANY OTHER CONTROLLED SUBSTANCE FROM A
DOCTOR
clonidine 0.1 mg bid pm #30.

ok to give tylenol, ibuprofen as needed.
do labs if not done in past 2 wks before initiating tx.
labs typically consist of CBC, CMP and HCG (if female)

Exhibit 13-005

13

**ANIL GUPTA, M.D.** 421 S Main St, Columbia, IL 62236-2460

*Rollo* *fu*

**H&P 2 Note**

**LEAMAN CREWS**

MRN

Birthday
**1973-10-23**

Phone

Visited on: 2018 Aug 10 10:23 (Age at visit: 44 years)

Signed by: ANIL GUPTA, MD on 2018-08-10

## CC

uds pos for buprenorphine

opiate abuse

## HPI

PT started using opiates: 2004 .
previous treatment: N
last used: 6/22/18
drug used: percocet
method of use:orally,; no ivda
hepatitis: N
when tested:
PT's current medications: percocet and valium.
PT currently getting medication off of street: percocet 10 mg po qid.
Patient is experiencing no withdrawal symptoms: . no
Any financial problems: . no
Dry mouth: . no
Dry nasal mucosa: . no
Sweaty: . no
evasive answers:. no
eye contact: . yes
Runny nose: . no
Watery eyes: . no
Slurred Speech: . no
Lack of energy: . yes
Lack of interest in normal activities: . yes
Neglected appearance: . no
Paranoid behavior: . no
Abnormal eye movements: . no
Rambling speech: . none
increase in energy/behavior: . no
Nauseous: . no
Denies depression: . no
impaired judgement: . no
insomnia: . not yet
experiencing fever and/or chills: . no
PT is clean, speaking in normal speech patterns, acting in normal behavior: . yes
patients complains of:. no
noted side effects of medication: . no
current pain level: 0.
complaints today:0 .
other medications: . listed
PT's report of personal goals:
Pt's report of barriers to compliance: . no
Attending counseling: substance abuse counselor
primary care provider: . not yet
Allergies. no

GAF 65
outpt



Exhibit 13-006

**ANIL GUPTA, M.D.** 421 S Main St, Columbia, IL 62236-2460

**H&P 2 Note**

## LEAMAN CREWS

MRN                Birthday            Phone
                   1973-10-23

Visited on: 2018 Aug 10 10:23 (Age at visit: 44 years)

Signed by: ANIL GUPTA, MD on 2018-08-10

7/24/18
follow up for opioid abuse- tolerating medication without side effects or problems. requests
medication refill. no chest pain, no shortness of breath, no HA
interval substance use: none
Current pain level:. 0/10
Complaints today:. no
Current Dosage: 1.5 films daily
Other medications: trazodone
Patient's report of personal goals:. doing well
Patient's report of barriers to compliance:. no
Patient's report of cravings:. no
Changes since last visit:. no
Attending counseling:KIM BATY, substance abuse counselor .
Primary care provider: no.

LABS DRAWN BUT NOT AVAILABLE.

8/10/18

follow up for opioid abuse- tolerating medication without side effects or problems. requests
medication refill. no chest pain, no shortness of breath, no HA
interval substance use: none
Current pain level:. 0/10
Complaints today:. no
Current Dosage: 1.5 films daily
Other medications: trazodone
Patient's report of personal goals:. doing well
Patient's report of barriers to compliance:. no
Patient's report of cravings:. no
Changes since last visit:. no
Attending counseling:KIM BATY, substance abuse counselor .
Primary care provider: no.
LABS 8/2/18 WBC 8.1,HB 17.5, AST/ALT 15/11

| **PMHx** | **Back Pain** |
|---|---|
| **PSHx** | JAW SURGERY 1983. |
| **FHx** | FATHER ABUSED DRUGS AND ALCOHOL. |
| **Soc Hx** | **Current every day smoker**<br>**Do not drink**<br>**Illicit drug use** - pain pills. |
| **Medications** | No known medications |

Printed on: 2018 Aug 10 10:28
Note created using Kareo



Page 2 of 3

Exhibit 13-007

**ANIL GUPTA, M.D.** 421 S Main St, Columbia, IL 62236-2460

**H&P 2 Note**

## LEAMAN CREWS

MRN

Birthday
**1973-10-23**

Phone

Visited on: 2018 Aug 10 10:23 (Age at visit: 44 years)

Signed by: ANIL GUPTA, MD on 2018-08-10

| Allergies | No known allergies |
|---|---|

### Vitals

| Height/Length | Weight | BMI | Blood Pressure | Temperature | Pulse | RR | SpO2 |
|---|---|---|---|---|---|---|---|
| 5' 10" | 200.0 lbs | 28.70 | 166/94 | 100.5 °F | 84 | 16 | |

Recorded: 2018 Aug 10 10:26 by: ANIL GUPTA

### EXAM

GEN: NAD
HEENT: NL eye contact, non-tearful
NEURO: AO x 3
PSYCH: no depressed mood noted, NL affect, anxiety not noted, no mania noted, no hallucinations/delusions, no suicidal/homicidal ideation, NL thought rate and content, NL concentration and attention, judgment/insight intact

### Plan

suboxone film 8/2 mg 1.5 films daily for 21 days. give 32 (and if female need to have neg urine pregnancy test. )
f/u in 3 week.

DO NOT TAKE XANAX OR ANY OTHER CONTROLLED SUBSTANCE FROM A DOCTOR
clonidine 0.1 mg bid prn #30.

ok to give tylenol, ibuprofen as needed.
do labs if not done in past 2 wks before initiating tx.
labs typically consist of CBC, CMP and HCG (if female)

Exhibit 13-008

**ANIL GUPTA, M.D.** 421 S Main St, Columbia, IL 62236-2460

**H&P 2 Note**

**LEAMAN CREWS**

MRN

Birthday
**1973-10-23**

Phone

Visited on: 2018 Aug 31 14:01 (Age at visit: 44 years)

Signed by: ANIL GUPTA, MD on 2018-08-31

## CC

uds pos for buprenorphine

opiate abuse

## HPI

PT started using opiates: 2004 .
previous treatment: N
last used: 6/22/18
drug used: percocet
method of use:orally;; no ivda
hepatitis: N
when tested:
PT's current medications: percocet and valium.
PT currently getting medication off of street: percocet 10 mg po qid.
Patient is experiencing no withdrawal symptoms: . no
Any financial problems: . no
Dry mouth: . no
Dry nasal mucosa: . no
Sweaty: . no
evasive answers:. no
eye contact: . yes
Runny nose: . no
Watery eyes: . no
Slurred Speech: . no
Lack of energy: . yes
Lack of interest in normal activities: . yes
Neglected appearance: . no
Paranoid behavior: . no
Abnormal eye movements: . no
Rambling speech: . none
increase in energy/behavior: . no
Nauseous: . no
Denies depression: . no
impaired judgement: . no
insomnia: . not yet
experiencing fever and/or chills: . no
PT is clean, speaking in normal speech patterns, acting in normal behavior: . yes
patients complains of:. no
noted side effects of medication: . no
current pain level: 0.
complaints today:0 .
other medications: . listed
PT's report of personal goals:
Pt's report of barriers to compliance: . no
Attending counseling: substance abuse counselor
primary care provider: . not yet
Allergies. no

GAF 65
outpt

Printed on: 2018 Aug 31 14:06
Note created using Kareo



Page 1 of 3

Exhibit 13-009

**ANIL GUPTA, M.D.** 421 S Main St. Columbia, IL 62236-2460

**H&P 2 Note**

## LEAMAN CREWS

MRN

Birthday
**1973-10-23**

Phone

Visited on: 2018 Aug 31 14:01 (Age at visit: 44 years)

Signed by: ANIL GUPTA, MD on 2018-08-31

7/24/18
follow up for opioid abuse- tolerating medication without side effects or problems. requests
medication refill. no chest pain, no shortness of breath, no HA
interval substance use: none
Current pain level:. 0/10
Complaints today:. no
Current Dosage: 1.5 films daily
Other medications: trazodone
Patient's report of personal goals:. doing well
Patient's report of barriers to compliance:. no
Patient's report of cravings:. no
Changes since last visit:. no
Attending counseling:KIM BATY, substance abuse counselor .
Primary care provider: no.

LABS DRAWN BUT NOT AVAILABLE.

8/10/18

follow up for opioid abuse- tolerating medication without side effects or problems. requests
medication refill. no chest pain, no shortness of breath, no HA
interval substance use: none
Current pain level:. 0/10
Complaints today:. no
Current Dosage: 1.5 films daily
Other medications: trazodone
Patient's report of personal goals:. doing well
Patient's report of barriers to compliance:. no
Patient's report of cravings:. no
Changes since last visit:. no
Attending counseling:KIM BATY, substance abuse counselor .
Primary care provider: no.
LABS 8/2/18 WBC 8.1,HB 17.5, AST/ALT 15/11

8/31/18

follow up for opioid abuse- tolerating medication without side effects or problems. requests
medication refill. no chest pain, no shortness of breath, no HA
interval substance use: none
Current pain level:. 0/10
Complaints today:. no
Current Dosage: 1.5 films daily
Other medications: trazodone
Patient's report of personal goals:. doing well
Patient's report of barriers to compliance:. no
Patient's report of cravings:. no
Changes since last visit:. no
Attending counseling:KIM BATY, substance abuse counselor .
Primary care provider: no.

Exhibit 13-010

# ANIL GUPTA, M.D. 421 S Main St, Columbia. IL 62236-2460

**H&P 2 Note**

## LEAMAN CREWS

MRN

Birthday
**1973-10-23**

Phone

Visited on: 2018 Aug 31 14:01 (Age at visit: 44 years)

Signed by: ANIL GUPTA, MD on 2018-08-31

---

| PMHx | **Back Pain** |
|---|---|

| PSHx | JAW SURGERY 1983. |
|---|---|

| FHx | FATHER ABUSED DRUGS AND ALCOHOL. |
|---|---|

| Soc Hx | **Current every day smoker**<br>**Do not drink**<br>**Illicit drug use** - pain pills. |
|---|---|

| Medications | No known medications |
|---|---|

| Allergies | No known allergies |
|---|---|

### Vitals

| Height/Length | Weight | BMI | Blood Pressure | Temperature | Pulse | RR | SpO2 |
|---|---|---|---|---|---|---|---|
| **5' 10"** | **198.0 lbs** | **28.41** | **184/74** | **98.0 °F** | **116** | **20** | |

Recorded: 2018 Aug 31 14:02 by: ANIL GUPTA - 178/86, 88

### EXAM

GEN: NAD
HEENT: NL eye contact, non-tearful
NEURO: AO x 3
PSYCH: no depressed mood noted, NL affect, anxiety not noted, no mania noted, no hallucinations/delusions, no suicidal/homicidal ideation, NL thought rate and content, NL concentration and attention, judgment/insight intact

### Assessment

**Heroin dependence (disorder)** (F11.20/304.00) Opioid dependence, uncomplicated
modified 31 Aug, 2018

### Plan

suboxone film 8/2 mg 1.5 films daily for 28 days. give 42 (and if female need to have neg urine pregnancy test. )
f/u in 4 week.

DO NOT TAKE XANAX OR ANY OTHER CONTROLLED SUBSTANCE FROM A DOCTOR
clonidine 0.1 mg bid prn #60.

ok to give tylenol, ibuprofen as needed.
do labs if not done in past 2 wks before initiating tx.
labs typically consist of CBC, CMP and HCG (if female)

Exhibit 13-011

Rolla

 ARISE. TED RECOVERY - ENTERS OF AMERICA

## Missouri Continuity Encounter

Patient Name: _Leaman Crews_    DOB: _10/23/77_ Date/Time: _9/28/18_

Visit Prep Facilitator: _hea_

Vital Signs: Height (inches):    Weight (pounds): _194_    BP: _145/99_    Pulse: _45_

RR: _16_      Temp (F) _47_ $^{8}$

Allergies (and reactions)

_____

_____

UDS Results:

_bup_

_____

Medications:

_suboxone 8 1/2 gel clonidine_

_____

Lab Results (Any labs from previous 30 days):

_____

Results of Prescription Database Monitoring Program (PMP) Inquiry:

No findings or no findings other than ARCA-related medications or medications known to ARCA provider

See attached documents from PMP

_____

_____

_____

_____

Provider's Initials that acknowledge PMP findings: _____

Any additional concerns from Facilitator:

COPY

Page 1 of 6
Initial Evaluation

Exhibit 13-012



ASSISTED RECOVERY CENTERS OF AMERICA

## Presenting Problem/Chief Complaint: _MAT assessment_

**Substance Use:**

Current Substance Use: No ✓Yes    If yes, what? _____

Primary substance (Drug of choice or reason for seeking treatment) _____

Cravings for Alcohol/Substances: No ✓ Yes --

If Yes, compared to the past, cravings are   Better   Worse   Same _____

Withdrawal Symptoms  No ✓ Yes   What? _____

Medications: Compliant ✓ Noncompliant    Tolerating    Not tolerating

Description of side effects. None ✓ Yes    If yes, what? _____

**History of Presenting Illness:** (Quality, Severity, Duration, Timing, Context, Modifying Factors, Associated Signs/Symptoms—See list below) *No current cravings on suboxone. No new issues.*

*No questions*

**Mood**

| Good | ✓ | Fair | | Angry | Irritable | Better | Worse | Same |

**Sleep:**

| Good | ✓ | Fair | | Poor | Excessive | Better | Worse | Same |

**Anxiety:**

| None | | Low | ✓ | Mod | High | Better | Worse | Same |

**Panic Attacks:**

| No | ✓ | Yes | | Decreased | Increased | Frequency: _____ |

**Appetite:**

| Good | ✓ | Fair | | Poor | Better | Worse | Same |

**Energy:**

| Excessive | | Good | ✓ | Adequate | Low | Better | Worse | Same |

**Attention / Concentration:**

| Focused | ✓ | Distracted | | Inattentive |



Exhibit 13-013

 ASSISTED RECOVERY CENTERS OF AMERICA

**Suicidal Thoughts:**

No ✓ Yes Passive Active Plan Attempt

**Homicidal Thoughts:**

No ✓ Yes If yes, whom? _____

**Medications:** List ✓ **Same as list documented in Visit Prep**

With the following additions

With the following deletions

Compliant ✓ Noncompliant Tolerating Not Tolerating

Description of side effects:

None ✓ Yes If so, what? _____

If new medications may be needed and a Prior Authorization may be needed due to a new medication choice

What medications has the patient failed? (Dose, Dates/Duration of treatment, response, side effects)

Medication 1:

Medication 2:

Medication 3:

Additional information:

**Past Medical History:** ✓ No change since the last visit, date

**Updates:**

Allergies (and reactions): Same as list documented in Visit Prep

Family History:

Social History:

Past Psychiatric History (Including Past Suicide Attempts or Violence History)

Page **3** of **6**
Initial Evaluation

 COPY Exhibit 13-014

ASSISTED RECOVERY CENTERS OF AMERICA

**ROS**: General / Skin / HEENT / CVS / Respiratory / GI / GU / Musculo-skeletal / Neurologic / Endocrine

✓ No change since the last visit, date:          As Above

---

## Objective Findings and Exam:

Appearance: Kempt ✓ Unkempt    Obese    Withdrawn    Undernourished    Other

Consciousness: Alert ✓ Decreased    Fluctuating    Obtunded    Other

Orientation: x0    x1    x2    x3 ✓ x4 (includes purpose)    Other

Demeanor: Calm ✓ Cooperative ✓ Uncooperative    Anxious    Agitated    Intrusive    Other

Attitude: Open ✓ Friendly ✓ Guarded    Hostile    Defensive    Indifferent    Apathetic    Other

Speech: Normal ✓ Loud    Dysarthric    Decreased    Excessive    Rapid    Pressured    Mute    Other

Thought: Logical ✓ Concrete    Circumstantial    Tangential    Non-Sequitur    SI    HI

　　　　Auditory Hallucinations    Visual Hallucinations    Goal Directed    Other

Affect: Euthymic ✓ Constricted    Labile    Flat    Guarded    Congruent

　　　　Incongruent    Blunted    Anxious    Other

Insight: Good ✓ Limited    Denial    Limited    Blames Others    None    Other

Judgement: Good ✓ Impaired    Poor    Other

Memory: Intact ✓ Impaired    Other

Eye Contact: Good ✓ Fair    Poor    None    Other

Psychomotor: Normal ✓ Increased    Decreased    Other

Motor Exam: Grossly Normal ✓ Tremors    Rigidity    Cog wheeling    Catatonic    Bradykinesia

　　　　Akathisia    Tics    Posturing    Tardive Dyskinesia    Gait    Station    Other

Additional Findings:



COPY
Exhibit 13-015

 ASSISTED RECOVERY CENTERS OF AMERICA

### Assessment/Diagnoses for this patient encounter:

| ICD-10 Diagnosis | ICD-10 Diagnosis |
|---|---|
| **Behavioral Health (Circle)** | **Substance Use Disorders (Circle)** |
| Schizophrenia, F20.9 | |
| Schizoaffective Disorder,<br>Bipolar type F25.0<br>Depressed type F25.1 | F10.10 Alcohol Abuse, uncomplicated<br> .11 in Remission<br>F10.20 Alcohol dependence, uncomplicated<br> .21 in Remission |
| Bipolar Disorder, Current Episode<br>Manic without Psychotic Features<br>--Mild F31.11<br>--Moderate F31.12<br>--Severe F31.13 | F11.10 Opioid Abuse, uncomplicated<br> .11 in Remission<br>F11.20 Opioid Dependence, uncomplicated<br> .21 in Remission |
| -- Manic Severe with Psychotic Features F31.2 | F13.10 Sedative, Hypnotic, Anxiolytic Abuse,<br>Uncomplicated<br> .11 in Remission<br>F13.20 Sedative, Hypnotic, Anxiolytic, Dependence,<br>Uncomplicated<br> .21 in Remission |
| -- Depressed,<br>Mild F31.31<br>Moderate F32.32 | F14.10 Cocaine Abuse, uncomplicated<br> .11 in Remission<br>F14.20 Cocaine Dependence, uncomplicated<br> .21 in Remission |
| -- Mixed, Mild F31.61<br>-- Moderate F31.62 | F15.10 Other Stimulant Abuse, uncomplicated<br> .11 in Remission<br>F15.20 Other Stimulant Dependence, Uncomplicated<br> .21 in Remission |
| Bipolar II Disorder F31.81 | F16.90 Hallucinogen Use, unspecified, uncomplicated |
| Major Depression, Single Episode, F32.X<br>Major Depression, Recurrent Episode, F33.X<br>--Mild F33.0<br>--Moderate F33.1<br>--Severe without psychotic features F33.2<br>--Severe with psychotic features F33.3 | F17.210 Nicotine Dependence, Cigarettes,<br>Uncomplicated<br>F17.220 Nicotine Dependence, Chewing Tobacco<br>Uncomplicated |
| F33.8 Mood Disorder | F19.10 Other psychoactive substance related<br>disorders, uncomplicated |
| F41.0 Panic Disorder | |
| F41.1 Generalized Anxiety Disorder | |
| F43.11 Post-traumatic stress disorder, acute | |
| F51.05 Insomnia related to a mental disorder | |

Other Diagnosis(es):



 Exhibit 13-016



ASSISTED RECOVERY CENTERS OF AMERICA

**Recommendations/Plan:**

1) Labs

2) Risks, benefits, side effects and alternatives to current psychiatric medication changes (including no medications and no changes) were discussed in detail. Common side effects, infrequent side effects, rare adverse events and the possibility however rare of death discussed in detail and consent obtained to proceed as discussed. Non-pharmacological interventions discussed as well, and consent obtained to proceed with treatment plan as a whole as outlined

3) Medication

Continue the following *subotone film 8 mg 1½ gd #60;*

*clonidine 0.1 bid #75*

Start the following

Stop the following

If a Prior Authorization, if needed, provide the following:

      If a Prior Authorization is needed due to number of medications, why is it needed.

           Number of medications:    Temporary symptom management due to SUD withdrawal

                              Other

      If a Prior Authorization is needed due to medication choice, see above

4) Referrals (for clinical or other support services)

    a. Internal

    b. External.

5) Is the patient currently engaged in some form of **psychodynamic therapy?**    Yes  No

    If yes, what is the frequency of counseling?

    If No, has the patient been involved in therapy in the past?    Yes  No

    Was the patient offered therapy at this encounter?    Yes  No

6) Does the patient have **rescue naloxone?**  Yes  No

    Does the patient need a new prescription for rescue naloxone?  Yes  No

**Medical Decision Making:** (Use E/M Coding and Documentation Guidelines for complexity)

Straightforward ☐  Low ☑  Moderate ☐  High

*Daniel Bauwens*

Signature

*5 wk*

Page **6** of **6**
Initial Evaluation


Exhibit 13-017



**ASSISTED RECOVERY CENTERS OF AMERICA**
*Setting a New Benchmark for Treating Addictions*

Rolla

### Missouri Continuity Encounter

Patient Name: Leaman Crews ___ DOB: 10-23 B_____ 11 2-18

<u>Visit Prep Facilitator:</u> hea

Vital Signs: Height (inches): Weight (pounds): 205 BP: 156/98 Pulse: 113

RR: 20 Temp (F) 97⁹

<u>Allergies (and reactions)</u>

_____

<u>UDS Results:</u> bup

_____

<u>Medications:</u> suboxone film 1½ gd; clonidine 0.1 bid

_____

<u>Lab Results (Any labs from previous 30 days):</u>

_____

<u>Results of Prescription Database Monitoring Program (PMP) inquiry:</u>

☐ No findings or no findings other than ARCA-related medications or medications known to ARCA provider

☐ See attached documents from PMP

_____

_____

_____

_____

Provider's initials that acknowledge PMP findings: _____

Any additional concerns from Facilitator:

Page 1 of 6
Initial Evaluation



Exhibit 13-018



**ASSISTED RECOVERY CENTERS OF AMERICA**
*Setting a New Benchmark for Treating Addictions*

Presenting Problem/Chief Complaint: _MAT assessment_

Substance Use:

Current Substance Use: No ☑ Yes ☐    If yes, what? _____

Primary substance (Drug of choice or reason for seeking treatment) _____

Cravings for Alcohol/Substances: No ☑ Yes ☐ --

If Yes, compared to the past, cravings are ☐ Better ☐ Worse ☐ Same _____

Withdrawal Symptoms: No ☑ Yes ☐   What? _____

Medications: Compliant ☑ Noncompliant ☐ Tolerating ☐ Not tolerating ☐

Description of side effects: None ☑ Yes ☐  If yes, what? _____

History of Presenting Illness: (Quality, Severity, Duration, Timing, Context, Modifying Factors, Associated Signs/Symptoms—See list below)

_No questions_    _Doing well. No cravings. No new problems /issues_

**Mood**
| Good ☑ | Fair ☐ | Angry ☐ | Irritable ☐ | Better ☐ | Worse ☐ | Same ☐ |

**Sleep:**
| Good ☑ | Fair ☐ | Poor ☐ | Excessive ☐ | Better ☐ | Worse ☐ | Same ☐ |

**Anxiety:**
| None ☐ | Low ☐ | Mod ☑ | High ☐ | Better ☐ | Worse ☐ | Same ☐ |

**Panic Attacks:**
| No ☑ | Yes ☐ | Decreased ☐ | Increased ☐ | Frequency: _____ |

**Appetite:**
| Good ☑ | Fair ☐ | Poor ☐ | Better ☐ | Worse ☐ | Same ☐ |

**Energy:**
| Excessive ☐ | Good ☐ | Adequate ☑ | Low ☐ | Better ☐ | Worse ☐ | Same ☐ |

**Attention / Concentration:**
| Focused ☑ | Distracted ☐ | Inattentive ☐ |



Exhibit 13-019



## ASSISTED RECOVERY CENTERS OF AMERICA
Setting a New Benchmark for Treating Addictions

**Suicidal Thoughts:**

No ☑ Yes ☐ Passive ☐ Active ☐ Plan ☐ Attempt ☐

**Homicidal Thoughts:**

No ☑ Yes ☐ If yes, whom? _____

**Medications:** List ☑ Same as list documented in Visit Prep

☐ With the following additions

☐ With the following deletions

Compliant ☑ Noncompliant ☐ Tolerating ☐ Not Tolerating ☐

Description of side effects:

None ☑ Yes ☐ If so, what? _____

If new medications may be needed and a Prior Authorization may be needed due to a new medication choice

What medications has the patient failed? (Dose, Dates/Duration of treatment, response, side effects)

    Medication 1:

    Medication 2:

    Medication 3:

Additional information:

**Past Medical History:** ☑ No change since the last visit, date:

**Updates:**

Allergies (and reactions): ☐ Same as list documented in Visit Prep

Family History:

Social History:

Past Psychiatric History (Including Past Suicide Attempts or Violence History):



Exhibit 13-020

**ASSISTED RECOVERY CENTERS OF AMERICA**
*Setting a New Benchmark for Treating Addictions*

ROS: General / Skin / HEENT / CVS / Respiratory / GI / GU / Musculo-skeletal / Neurologic / Endocrine

☑ No change since the last visit, date.          ☐ As Above

___

## Objective Findings and Exam:

Appearance: Kempt ☑ Unkempt ☐ Obese ☐ Withdrawn ☐ Undernourished ☐ Other ☐

Consciousness: Alert ☑ Decreased ☐ Fluctuating ☐ Obtunded ☐ Other ☐

Orientation: x0 ☐ x1 ☐ x2 ☐ x3 ☑ x4 (includes purpose) ☐ Other ☐

Demeanor: Calm ☑ Cooperative ☑ Uncooperative ☐ Anxious ☐ Agitated ☐ Intrusive ☐ Other ☐

Attitude: Open ☑ Friendly ☑ Guarded ☐ Hostile ☐ Defensive ☐ Indifferent ☐ Apathetic ☐ Other ☐

Speech: Normal ☑ Loud ☐ Dysarthric ☐ Decreased ☐ Excessive ☐ Rapid ☐ Pressured ☐ Mute ☐ Other ☐

Thought: Logical ☑ Concrete ☐ Circumstantial ☐ Tangential ☐ Non-Sequitur ☐ SI ☐ HI ☐

Auditory Hallucinations ☐ Visual Hallucinations ☐ Goal Directed ☐ Other ☐

Affect: Euthymic ☑ Constricted ☐ Labile ☐ Flat ☐ Guarded ☐ Congruent ☐

Incongruent ☐ Blunted ☐ Anxious ☐ Other ☐

Insight: Good ☑ Limited ☐ Denial ☐ Limited ☐ Blames Others ☐ None ☐ Other ☐

Judgement: Good ☑ Impaired ☐ Poor ☐ Other ☐

Memory: Intact ☑ Impaired ☐ Other ☐

Eye Contact: Good ☐ Fair ☑ Poor ☐ None ☐ Other ☐

Psychomotor: Normal ☑ Increased ☐ Decreased ☐ Other ☐

Motor Exam: Grossly Normal ☑ Tremors ☐ Rigidity ☐ Cog wheeling ☐ Catatonic ☐ Bradykinesia ☐

Akathisia ☐ Tics ☐ Posturing ☐ Tardive Dyskinesia ☐ Gait ☐ Station ☐ Other ☐

Additional Findings:



COPY
Exhibit 13-021

 **ASSISTED RECOVERY CENTERS OF AMERICA**
*Setting a New Benchmark for Treating Addictions*

Assessment/Diagnoses for this patient encounter:

| ICD-10 Diagnosis | ICD-10 Diagnosis |
|---|---|
| **Behavioral Health (Circle)** | **Substance Use Disorders (Circle)** |
| Schizophrenia F20.9 | |
| Schizoaffective Disorder, Bipolar type F25.0 Depressed type F25.1 | F10.10 Alcohol Abuse, uncomplicated<br>.11 in Remission<br>F10.20 Alcohol dependence, uncomplicated<br>.21 in Remission |
| Bipolar Disorder, Current Episode Manic without Psychotic Features<br>--Mild F31.11<br>--Moderate F31.12<br>--Severe F31.13 | F11.10 Opioid Abuse, uncomplicated<br>.11 in Remission<br>(F11.20)Opioid Dependence, uncomplicated<br>.21 in Remission |
| -- Manic Severe with Psychotic Features F31.2 | F13.10 Sedative, Hypnotic, Anxiolytic Abuse, Uncomplicated<br>.11 in Remission<br>F13.20 Sedative, Hypnotic, Anxiolytic, Dependence, Uncomplicated<br>.21 in Remission |
| -- Depressed,<br>Mild F31.31<br>Moderate F32.32 | F14.10 Cocaine Abuse, uncomplicated<br>.11 in Remission<br>F14.20 Cocaine Dependence, uncomplicated<br>.21 in Remission |
| -- Mixed, Mild F31.61<br>-- Moderate F31.62 | F15.10 Other Stimulant Abuse, uncomplicated<br>.11 in Remission<br>F15.20 Other Stimulant Dependence, Uncomplicated<br>.21 in Remission |
| Bipolar II Disorder F31.81 | F16.90 Hallucinogen Use, unspecified, uncomplicated |
| Major Depression, Single Episode, F32.X Major Depression, Recurrent Episode, F33.X<br>--Mild F33.0<br>--Moderate F33.1<br>--Severe without psychotic features F33.2<br>--Severe with psychotic features F33.3 | F17.210 Nicotine Dependence, Cigarettes, Uncomplicated<br>F17.220 Nicotine Dependence, Chewing Tobacco Uncomplicated |
| F33.8 Mood Disorder | F19.10 Other psychoactive substance related disorders, uncomplicated |
| F41.0 Panic Disorder | |
| F41.1 Generalized Anxiety Disorder | |
| F43.11 Post-traumatic stress disorder, acute | |
| F51.05 Insomnia related to a mental disorder | |

Other Diagnosis(es):



Exhibit 13-022



# ASSISTED RECOVERY CENTERS OF AMERICA
Setting a New Benchmark for Treating Addictions

## Recommendations/Plan:

1) Labs

2) Risks, benefits, side effects and alternatives to current psychiatric medication changes (including no medications and no changes) were discussed in detail. Common side effects, infrequent side effects, rare adverse events and the possibility however rare of death discussed in detail and consent obtained to proceed as discussed. Non-pharmacological interventions discussed as well, and consent obtained to proceed with treatment plan as a whole as outlined.

3) Medication

☑ Continue the following: *suboxone film 8mg 1½ qd #45*

☐ Start the following: *clonidine 0.1mg #60 1 po bid*

☐ Stop the following:

If a Prior Authorization, if needed, provide the following:

☐ If a Prior Authorization is needed due to number of medications, why is it needed:

Number of medications:   ☐ Temporary symptom management due to SUD withdrawal

☐ Other:

☐ If a Prior Authorization is needed due to medication choice, see above

4) Referrals (for clinical or other support services)

   a. Internal:

   b. External:

5) Is the patient currently engaged in some form of psychodynamic therapy?     Yes   No

   If yes, what is the frequency of counseling?

   If No, has the patient been involved in therapy in the past?     Yes   No

   Was the patient offered therapy at this encounter?     Yes   No

6) Does the patient have rescue naloxone?  Yes  No

Does the patient need a new prescription for rescue naloxone?  Yes   No

Medical Decision Making: (Use E/M Coding and Documentation Guidelines for complexity)

Straightforward ☐   Low ☑   Moderate ☐   High ☐

Signature



Exhibit 13-023

SEMO Behavioral Health - SOAP
Note

## Session Information

| Client: | Crews, Leaman (4510353) 10/23/1973 |
|---|---|
| Staff: | Blair, Rose (408642) |
| Service Date/Time: | 5/9/2019 11:07 AM - 11:57 AM |
| Client Program: | NonMedicaid CSTAR Enhanced (Level 2) (NMCST2) |
| Activity: | Individual Counseling (IC) |
| Organization: | Rolla Office |
| Service Location: | 11 - Office |

## Goal(s) Addressed

## No Goal(s) addressed were chosen

**Goal(s) Addressed:** Updating Tx , made a plan for not having meds available.

## Collaborative Documentation Progress Note Summary

**Issues(s)/Stressors Presented today:** Basic information regarding what the client came to session to discuss. Updated Tx, Leaman stated he didn't have a plan if he couldn't get his suboxone.

## Relative Changes in Client's Condition

**Mood/Affect:** ◉ No Significant Change   ○ Notable
Reported/Observed

**Thought Process/ Orientation:** ◉ No Significant Change   ○ Notable
Reported/Observed

**Behavior/Functioning:** ◉ No Significant Change   ○ Notable
Reported/Observed

**Homicidal/Suicidal:** ○ Yes
◉ No

**Danger To:** ☐ Self          ☐ Others          ☐ Property

**Current Disposition:** ☐ Ideation       ☐ Intent          ☐ Other
☐ Plan           ☐ Attempt

**Therapeutic Interventions Provided:**

☒ Reviewed current and past functioning

☐ Developed and reviewed discharge plan

☐ Reviewed assessment materials

☐ Evaluated progress toward treatment goals

☐ Assisted with development of treatment goals

☐ Provided linkage

☐ Provided

☐ information

☒ Provided support

☐ Provided Mental Health Education

☐ Evaluated client's current level of functioning

☐ Encouraged family utilize strategies

☐ Assessed risk or harm / current needs

☐ Developed / Contracted safety plan

☐ Encouraged

client/parent to utilize resources

☒ Encouraged client

☐ Praised client

☐ Challenged client

☐ Role modeled

☐ Redirected inappropriate behavior

☐ Encouraged client to use coping skills

☐ Encouraged client to use problem solving

☐ Encouraged client to use relapse prevention plan

Exhibit 13-024

SEMO Behavioral Health - SOAP
Note

|  | ☐ Facilitate family communications | ☐ Identify/Implement Limit/Consequences | ☐ Other |
|---|---|---|---|
|  | ☐ Identify family dynamics | | |

**Information about the above checked intervention and other therapeutic interventions provided:** Updated Tx plan, helped him develop a plan for relapse prevention.

**Was myStrength utilized during this session?**
◉ Yes
○ No

**What module was used?** introduced him to the website.

**Readiness Level - IMPORTANCE (1-Not Important to 10-Very Important):** 10 - VERY

**Readiness Level - CONFIDENCE (1-Not Confident to 10-Very Confident):** 10 - VERY

**Readiness Topic rated above:** Leaman was on time, well groomed, and cooperative

**Response to Intervention/Progress Towards Goals/ Objectives:** Only information that is prevalent to the issues/stressors presented and response to interventions provided.
Leaman reported that the suboxone is a medical stabilization med and so any plan for his reduction of the meds will be put off for a while according to his doctor. Leaman is working to manage his chronic pain

| **Domain(s) Addressed this Session:** | ■ Abstinence | ☐ Medical | ☐ Social Connectivity |
|---|---|---|---|
| | ☐ Housing | ☐ Mental Health | ☐ Vocational/Educational |
| | ☐ Legal | | |

**Stage of Change (Abstinence):** Action

**Plan:** Addressing the plan that links the issues/stressors presented and the response to the interventions provided. Homework that is appropriate for stage of change. Leaman will continue to take his meds as directed and check in monthly with the nurse.

**Is client attending support groups of any type (AA/NA/AV/DRA etc.):**
○ Yes
◉ No

CONFIDENTIAL PROGRESS NOTE
This information has been disclosed to you from records whose confidentiality is protected by Federal law. Federal regulations (42 CFR Part 2) and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Pts. 106 & 164, prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.

## Signatures

**Signature #1:** | Rose Blair (LPC) - 5/9/2019 11:57 AM

## Signature History



Exhibit 13-025

SEMO Behavioral Health - SOAP
Note

| Action | Date | Staff |
|---|---|---|
| Document Signed | 5/9/2019 | Rose Blair (LPC) |

Exhibit 13-026

ASSISTED RECOVERY CENTERS OF AMERICA
*Setting a New Benchmark for Treating Addictions*

Rolla

## Missouri Continuity Encounter

Patient Name: Leaman Crews DOB 10-23-73 Date/Time: 11-30-18

Visit Prep Facilitator:

Vital Signs: Height (inches): ___  Weight (pounds): 195  BP: 134/93  Pulse: 91

RR: 20  Temp (F) 97⁴

Allergies (and reactions)

_____

**UDS Results:**

bup

_____

**Medications:**

sub film 8 1/2 gd clonidine 0.1 bid

_____

**Lab Results (Any labs from previous 30 days):**

_____

**Results of Prescription Database Monitoring Program (PMP) Inquiry:**

☐ No findings or no findings other than ARCA-related medications or medications known to ARCA provider

☐ See attached documents from PMP

_____
_____
_____
_____

Provider's Initials that acknowledge PMP findings: _____

Any additional concerns from Facilitator:

Page 1 of 6
Initial Evaluation

COPY

Exhibit 13-027

**ASSISTED RECOVERY CENTERS OF AMERICA**
Setting a New Benchmark for Treating Addictions

Presenting Problem/Chief Complaint: _MAT_

Substance Use:

Current Substance Use: No ☑ Yes ☐   If yes, what? _____

Primary substance (Drug of choice or reason for seeking treatment) _____

Cravings for Alcohol/Substances: No ☑ Yes ☐ --

If Yes, compared to the past, cravings are ☐ Better ☐ Worse ☐ Same _____

Withdrawal Symptoms: No ☑ Yes ☐   What? _____

Medications: Compliant ☑ Noncompliant ☐  Tolerating ☐  Not tolerating ☐

Description of side effects: None ☑ Yes ☐  If yes, what? _____

History of Presenting Illness: (Quality, Severity, Duration, Timing, Context, Modifying Factors, Associated Signs/Symptoms—See list below) *Doing well. No cravings. No new probs/issues*

*No questions.*

**Mood**

Good ☑  Fair ☐  Angry ☐  Irritable ☐  Better ☐  Worse ☐  Same ☐

**Sleep:**

Good ☑  Fair ☐  Poor ☐  Excessive ☐  Better ☐  Worse ☐  Same ☐

**Anxiety:**

None ☑  Low ☐  Mod ☐  High ☐  Better ☐  Worse ☐  Same ☐

**Panic Attacks:**

No ☑  Yes ☐  Decreased ☐  Increased ☐  Frequency: _____

**Appetite:**

Good ☑  Fair ☐  Poor ☐  Better ☐  Worse ☐  Same ☐

**Energy:**

Excessive ☐  Good ☐  Adequate ☑  Low ☐  Better ☐  Worse ☐  Same ☐

**Attention / Concentration:**

Focused ☑  Distracted ☐  Inattentive ☐



COPY
Exhibit 13-028

## ASSISTED RECOVERY CENTERS OF AMERICA
Setting a New Benchmark for Treating Addictions

**Suicidal Thoughts:**

No ☑ Yes ☐    Passive ☐    Active ☐    Plan ☐    Attempt ☐

**Homicidal Thoughts:**

No ☑ Yes ☐    If yes, whom? _____

**Medications:** List ☑ Same as list documented in Visit Prep

☐ With the following additions

☐ With the following deletions

Compliant ☑    Noncompliant ☐    Tolerating ☐    Not Tolerating ☐

**Description of side effects:**

None ☑ Yes ☐    If so, what? _____

If new medications may be needed and a Prior Authorization may be needed due to a new medication choice

What medications has the patient failed? (Dose, Dates/Duration of treatment, response, side effects)

Medication 1:

Medication 2:

Medication 3:

Additional information:

**Past Medical History:** ☑ No change since the last visit, date:

**Updates:**

Allergies (and reactions): ☐ Same as list documented in Visit Prep

Family History:

Social History:

Past Psychiatric History (Including Past Suicide Attempts or Violence History):

Page 3 of 6
Initial Evaluation



Exhibit 13-029

ASSISTED RECOVERY CENTERS OF AMERICA
*Setting a New Benchmark for Treating Addictions*

ROS: General / Skin / HEENT / CVS / Respiratory / GI / GU / Musculo-skeletal / Neurologic / Endocrine

☑ No change since the last visit, date: ☐ As Above

## Objective Findings and Exam:

Appearance: Kempt ☐ Unkempt ☐ Obese ☐ Withdrawn ☐ Undernourished ☐ Other ☐

Consciousness: Alert ☑ Decreased ☐ Fluctuating ☐ Obtunded ☐ Other ☐

Orientation: x0 ☐ x1 ☐ x2 ☐ x3 ☑ x4 (includes purpose) ☐ Other ☐

Demeanor: Calm ☑ Cooperative ☑ Uncooperative ☐ Anxious ☐ Agitated ☐ Intrusive ☐ Other ☐

Attitude: Open ☑ Friendly ☑ Guarded ☐ Hostile ☐ Defensive ☐ Indifferent ☐ Apathetic ☐ Other ☐

Speech: Normal ☑ Loud ☐ Dysarthric ☐ Decreased ☐ Excessive ☐ Rapid ☐ Pressured ☐ Mute ☐ Other ☐

Thought: Logical ☑ Concrete ☐ Circumstantial ☐ Tangential ☐ Non-Sequitur ☐ SI ☐ HI ☐

　　Auditory Hallucinations ☐ Visual Hallucinations ☐ Goal Directed ☐ Other ☐

Affect: Euthymic ☑ Constricted ☐ Labile ☐ Flat ☐ Guarded ☐ Congruent ☐

　　Incongruent ☐ Blunted ☐ Anxious ☐ Other ☐

Insight: Good ☑ Limited ☐ Denial ☐ Limited ☐ Blames Others ☐ None ☐ Other ☐

Judgement: Good ☑ Impaired ☐ Poor ☐ Other ☐

Memory: Intact ☑ Impaired ☐ Other ☐

Eye Contact: Good ☑ Fair ☐ Poor ☐ None ☐ Other ☐

Psychomotor: Normal ☑ Increased ☐ Decreased ☐ Other ☐

Motor Exam: Grossly Normal ☑ Tremors ☐ Rigidity ☐ Cog wheeling ☐ Catatonic ☐ Bradykinesia ☐

　　Akathisia ☐ Tics ☐ Posturing ☐ Tardive Dyskinesia ☐ Gait ☐ Station ☐ Other ☐

Additional Findings:

COPY

Exhibit 13-030

 ASSISTED RECOVERY CENTERS OF AMERICA
*Setting a New Benchmark for Treating Addictions*

Assessment/Diagnoses for this patient encounter:

| ICD-10 Diagnosis<br>Behavioral Health (Circle) | ICD-10 Diagnosis<br>Substance Use Disorders (Circle) |
|---|---|
| Schizophrenia, F20.9 | |
| Schizoaffective Disorder,<br>Bipolar type F25.0<br>Depressed type F25.1 | F10.10 Alcohol Abuse, uncomplicated<br>.11 in Remission<br>F10.20 Alcohol dependence, uncomplicated<br>.21 in Remission |
| Bipolar Disorder, Current Episode<br>Manic without Psychotic Features<br>--Mild F31.11<br>--Moderate F31.12<br>--Severe F31.13 | F11.10 Opioid Abuse, uncomplicated<br>.11 in Remission<br>F11.20 Opioid Dependence, uncomplicated<br>.21 in Remission |
| -- Manic Severe with Psychotic Features F31.2 | F13.10 Sedative, Hypnotic, Anxiolytic Abuse,<br>Uncomplicated<br>.11 in Remission<br>F13.20 Sedative, Hypnotic, Anxiolytic, Dependence,<br>Uncomplicated<br>.21 in Remission |
| -- Depressed,<br>Mild F31.31<br>Moderate F32.32 | F14.10 Cocaine Abuse, uncomplicated<br>.11 in Remission<br>F14.20 Cocaine Dependence, uncomplicated<br>.21 in Remission |
| -- Mixed, Mild F31.61<br>-- Moderate F31.62 | F15.10 Other Stimulant Abuse, uncomplicated<br>.11 in Remission<br>F15.20 Other Stimulant Dependence, Uncomplicated<br>.21 in Remission |
| Bipolar II Disorder F31.81 | F16.90 Hallucinogen Use, unspecified, uncomplicated |
| Major Depression, Single Episode, F32.X<br>Major Depression, Recurrent Episode, F33.X<br>--Mild F33.0<br>--Moderate F33.1<br>--Severe without psychotic features F33.2<br>--Severe with psychotic features F33.3 | F17.210 Nicotine Dependence, Cigarettes,<br>Uncomplicated<br>F17.220 Nicotine Dependence, Chewing Tobacco<br>Uncomplicated |
| F33.8 Mood Disorder | F19.10 Other psychoactive substance related<br>disorders, uncomplicated |
| F41.0 Panic Disorder | |
| F41.1 Generalized Anxiety Disorder | |
| F43.11 Post-traumatic stress disorder, acute | |
| F51.05 Insomnia related to a mental disorder | |

Other Diagnosis(es):

Exhibit 13-031

**ASSISTED RECOVERY CENTERS OF AMERICA**
*Setting a New Benchmark for Treating Addictions*

Recommendations/Plan:

1) Labs

2) Risks, benefits, side effects and alternatives to current psychiatric medication changes (including no medications and no changes) were discussed in detail. Common side effects, infrequent side effects, rare adverse events and the possibility however rare of death discussed in detail and consent obtained to proceed as discussed. Non-pharmacological interventions discussed as well, and consent obtained to proceed with treatment plan as a whole as outlined.

3) Medication

☐ Continue the following. *suboxone film 8 1/2 gd # 45;*
*clonidine 0.1 bid # 60*

☐ Start the following:

☐ Stop the following:

If a Prior Authorization, if needed, provide the following:

☐ If a Prior Authorization is needed due to number of medications, why is it needed:

Number of medications: ☐ Temporary symptom management due to SUD withdrawal

☐ Other:

☐ If a Prior Authorization is needed due to medication choice, see above

4) Referrals (for clinical or other support services)

a. Internal:

b. External:

5) Is the patient currently engaged in some form of psychodynamic therapy?   Yes   No

If yes, what is the frequency of counseling?

If No, has the patient been involved in therapy in the past?   Yes   No

Was the patient offered therapy at this encounter?   Yes   No

6) Does the patient have rescue naloxone?  Yes  No

Does the patient need a new prescription for rescue naloxone?  Yes  No

Medical Decision Making: (Use E/M Coding and Documentation Guidelines for complexity)

Straightforward ☐   Low ☑   Moderate ☐   High ☐

*Daniel Baumann*

Signature

Page 6 of 6
Initial Evaluation



Exhibit 13-032

Rolla

 **ASSISTED RECOVERY CENTERS OF AMERICA**
*Setting a New Benchmark for Treating Addictions*
**arca**

## Follow Up Visit

**Patient Name:** Carmen Crews **DOB:** 10/23/73 **Date/Time:** 3/14/19
1130
**Visit Prep Facilitator:**
Christine
1142
**Vital Signs: Height (inches):**  **Weight (pounds):** 187# **BP:** 132/71 **Pulse:** 74

**RR:** 18  **Temp (F)** 98.1

**Allergies (and reactions)** aenies  SOR
Sinks

**UDS Results:** ⊕ Bup mely

**Medications:** Bup BID, Lisinopril 20 QD,
Clonidine 0.1 BID

**Lab Results (Any labs from previous 30 days):**

**Results of Prescription Database Monitoring Program (PMP) Inquiry:**

☐ No findings or no findings other than ARCA-related medications or medications known to ARCA provider

☐ See attached documents from PMP

**Provider's Initials that acknowledge PMP findings:** _____

**Any additional concerns from Facilitator:**



## ASSISTED RECOVERY CENTERS OF AMERICA
*Setting a New Benchmark for Treating Addictions*

**Presenting Problem/Chief Complaint:** "Im havy alot of back pain."

**Substance Use:**

Current Substance Use: ☑ No ☐ Yes   If yes, what? _____

Primary substance (Drug of choice or reason for seeking treatment) Opiate pain pills

Cravings for Alcohol/Substances: ☑ No ☐ Yes -- Last wx 9m/ago

If Yes, compared to the past, cravings are ☐ Better ☐ Worse ☐ Same _____

Withdrawal Symptoms: ☑ No ☐ Yes   What? _____

Medications: ☐ Compliant ☐ Noncompliant ☐ Tolerating ☐ Not tolerating

Description of side effects: ☐ None ☐ Yes   If yes, what? _____

Past SUD Rehab treatment (Where? When? Effectiveness? Use of SUD-specific medications—e.g, BUP, naltrexone, methadone?)

**History of Presenting Illness:** (Quality, Severity, Duration, Timing, Context, Modifying Factors, Associated Signs/Symptoms—See list below)

Pt presents for Flu on mat service. Denies cravings or anxiety. Pt does report chronic low back pain 8/10 which

| Mood | | | | | |
|------|------|------|------|------|------|
| Good ☐ | Fair ☐ | Angry ☐ | Irritable ☐ | Better ☐ | Worse ☐ Same ☐ is |
| **Sleep:** | | | | | |
| Good ☐ | Fair ☐ | Poor ☐ | Excessive ☐ | Better ☐ | Worse ☐ Same ☐ how he |
| **Anxiety:** Alt pain | | | | | |
| None ☐ | Low ☐ | Mod ☐ | High ☐ | Better ☐ | Worse ☐ Same ☐ got |
| **Panic Attacks:** | | | | | |
| N ☐ | Yes ☐ | Decreased ☐ | Increased ☐ | Frequency: _____ | pain pills. |
| **Appetite:** | | | | | |
| Good ☐ | Fair ☐ | Poor ☐ | Better ☐ | Worse ☐ | Same ☐ |
| **Energy:** | | | | | |
| Excessive ☐ | Good ☐ | Adequate ☐ | Low ☐ | Better ☐ | Worse ☐ Same ☐ |
| **Attention / Concentration:** | | | | | |
| Focused ☐ | Distracted ☐ | Inattentive ☐ | | | |

Page **2** of **6**
Initial Evaluation



Exhibit 13-034



**ASSISTED RECOVERY CENTERS OF AMERICA**
*Setting a New Benchmark for Treating Addictions*

**ROS**: General / Skin / HEENT / CVS / Respiratory / GI / GU / Musculo-skeletal / Neurologic / Endocrine

C/o back pain.      ∅ cravings or

☐ No change since the last visit, date:      ☐ As Above      Sub use.

## Objective Findings and Exam:

Appearance: ☐ Kempt   ☐ Unkempt   ☐ Obese   ☐ Withdrawn   ☐ Undernourished   ☐ Other

Consciousness: ☐ Alert ☐ Decreased ☐ Fluctuating ☐ Obtunded ☐ Other

Orientation: ☐ x0 ☐ x1 ☐ x2 ☐ x3 ☐ x4 (includes purpose) ☐ Other

Demeanor: ☐ Calm ☐ Cooperative ☐ Uncooperative ☐ Anxious ☐ Agitated ☐ Intrusive ☐ Other

Attitude: ☐ Open ☐ Friendly ☐ Guarded ☐ Hostile ☐ Defensive ☐ Indifferent ☐ Apathetic ☐ Other

Speech: ☐ Normal ☐ Loud ☐ Dysarthric ☐ Decreased ☐ Excessive ☐ Rapid ☐ Pressured ☐ Mute ☐ Other

Thought: ☐ Logical ☐ Concrete ☐ Circumstantial ☐ Tangential ☐ Non-Sequitur ☐ SI ☐ HI

☐ Auditory Hallucinations ☐ Visual Hallucinations ☐ Goal Directed ☐ Other

Affect: ☐ Euthymic ☐ Constricted ☐ Labile ☐ Flat ☐ Guarded ☐ Congruent

☐ Incongruent ☐ Blunted ☐ Anxious ☐ Other

Insight: ☐ Good ☐ Limited ☐ Denial ☐ Limited ☐ Blames Others ☐ None ☐ Other

Judgement: ☐ Good ☐ Impaired ☐ Poor ☐ Other

Memory: ☐ Intact ☐ Impaired ☐ Other

Eye Contact: ☐ Good ☐ Fair ☐ Poor ☐ None ☐ Other ☐ Other

Psychomotor: ☐ Normal ☐ Increased ☐ Decreased ☐ Other

Motor Exam: ☐ Grossly Normal ☐ Tremors ☐ Rigidity ☐ Cog wheeling ☐ Catatonic ☐ Bradykinesia

☐ Akathisia ☐ Tics ☐ Posturing ☐ Tardive Dyskinesia ☐ Gait ☐ Station ☐ Other

Additional Findings:



Exhibit 13-035

## ASSISTED RECOVERY CENTERS OF AMERICA
*Setting a New Benchmark for Treating Addictions*

**Suicidal Thoughts:**

No ☐    Yes ☐    Passive ☐    Active ☐    Plan ☐    Attempt ☐

**Homicidal Thoughts:**

No ☐    Yes ☐    If yes, whom? _____

Ø A/V H

**Medications: List** ☐ **Same as list documented in Visit Prep**

☐ With the following additions

☐ With the following deletions

Compliant ☐    Noncompliant ☐    Tolerating ☐    Not Tolerating ☐

Description of side effects:

None ☐    Yes ☐    If so, what? _____

If new medications may be needed and a Prior Authorization may be needed due to a new medication choice

What medications has the patient failed? (Dose, Dates/Duration of treatment, response, side effects)

     Medication 1:

     Medication 2:

     Medication 3:

Additional information:

**Past Medical History:** ☒ No change since the last visit, date:

**Updates:**

Allergies (and reactions): ☐ **Same as list documented in Visit Prep**

Family History:

Social History:

Past Psychiatric History (Including Past Suicide Attempts or Violence History):

*C/o chronic low back pain doesnt want any tx by PCP / pain management while in Recovery.*

Page **3** of **6**
Initial Evaluation



Exhibit 13-036

 **ASSISTED RECOVERY CENTERS OF AMERICA**
*Setting a New Benchmark for Treating Addictions*

**Assessment/Diagnoses for this patient encounter:**

| ICD-10 Diagnosis | ICD-10 Diagnosis |
|---|---|
| **Behavioral Health (Circle)** | **Substance Use Disorders (Circle)** |
| Schizophrenia, F20.9 | |
| Schizoaffective Disorder, <br> Bipolar type F25.0 <br> Depressed type F25.1 | F10.10 Alcohol Abuse, uncomplicated <br> .11 in Remission <br> F10.20 Alcohol dependence, uncomplicated <br> .21 in Remission |
| Bipolar Disorder, Current Episode <br> Manic without Psychotic Features <br> --Mild F31.11 <br> --Moderate F31.12 <br> --Severe F31.13 | F11.10 Opioid Abuse, uncomplicated <br> .11 in Remission <br> F11.20 Opioid Dependence, uncomplicated <br> .21 in Remission |
| -- Manic Severe with Psychotic Features F31.2 | F13.10 Sedative, Hypnotic, Anxiolytic Abuse, Uncomplicated <br> .11 in Remission <br> F13.20 Sedative, Hypnotic, Anxiolytic, Dependence, Uncomplicated <br> .21 in Remission |
| -- Depressed, <br> Mild F31.31 <br> Moderate F32.32 | F14.10 Cocaine Abuse, uncomplicated <br> .11 in Remission <br> F14.20 Cocaine Dependence, uncomplicated <br> .21 in Remission |
| -- Mixed, Mild F31.61 <br> -- Moderate F31.62 | F15.10 Other Stimulant Abuse, uncomplicated <br> .11 in Remission <br> F15.20 Other Stimulant Dependence, Uncomplicated <br> .21 in Remission |
| Bipolar II Disorder F31.81 | F16.90 Hallucinogen Use, unspecified, uncomplicated |
| Major Depression, Single Episode, F32.X <br> Major Depression, Recurrent Episode, F33.X <br> --Mild F33.0 <br> --Moderate F33.1 <br> --Severe without psychotic features F33.2 <br> --Severe with psychotic features F33.3 | F17.210 Nicotine Dependence, Cigarettes, Uncomplicated <br> F17.220 Nicotine Dependence, Chewing Tobacco Uncomplicated |
| F33.8 Mood Disorder | F19.10 Other psychoactive substance related disorders, uncomplicated |
| F41.0 Panic Disorder | |
| F41.1 Generalized Anxiety Disorder | |
| F43.11 Post-traumatic stress disorder, acute | F51.05  Insomnia |

Other Diagnosis(es):



Page **5** of 6
Initial Evaluation

Exhibit 13-037

# ASSISTED RECOVERY CENTERS OF AMERICA
Setting a New Benchmark for Treating Addictions

## Recommendations/Plan:

1) **Labs**

2) Risks, benefits, side effects and alternatives to current psychiatric medication changes (including no medications and no changes) were discussed in detail. Common side effects, infrequent side effects, rare adverse events and the possibility however rare of death discussed in detail and consent obtained to proceed as discussed. Non-pharmacological interventions discussed as well, and consent obtained to proceed with treatment plan as a whole as outlined.

3) **Medication**

☒ Continue the following: *See order Sheet.*

☐ Start the following:

☐ Stop the following:

If a Prior Authorization, if needed, provide the following:

   ☐ If a Prior Authorization is needed due to number of medications, why is it needed:

   Number of medications: ☐ Temporary symptom management due to SUD withdrawal

   ☐ Other:

   ☐ If a Prior Authorization is needed due to medication choice, see above

4) **Referrals** (for clinical or other support services)

   a. Internal: *4 weeks*

   b. External:

5) Is the patient currently engaged in some form of **psychodynamic therapy**?  (Yes) No

   If yes, what is the frequency of counseling? *q 2 weeks*

   If No, has the patient been involved in therapy in the past?  (Yes) No

   Was the patient offered therapy at this encounter?  (Yes) No

6) Does the patient have **rescue naloxone**?  ☐ Yes ☐ No

   Does the patient need a new prescription for rescue naloxone?  ☐ Yes (No)

**Medical Decision Making:** (Use E/M Coding and Documentation Guidelines for complexity)

☐ Straightforward  ☐ Low  ☐ Moderate  ☐ High

*Brium RP·Be*

Signature

Page **6** of **6**
Initial Evaluation



Exhibit 13-038

Kolla



**Missouri Continuity Encounter**

Patient Name: Leaman Crews   DOB: 10/23/78   Date/Time: 4/11/19

**Visit Prep Facilitator:**
Christine

Vital Signs: Height (inches):   Weight (pounds): 189 #   BP: 163/89   Pulse: 101

RR: 18   Temp (F) 98'

**Allergies (and reactions)** denius                                         SDR
                                                                              SURKS

**UDS Results:** ⊕ Bup, tca

**Medications:** amitriptyline 10 BID), Bup 9/2 BiD
Clonidine 0.1 BID), usniopre 20 BID

**Lab Results (Any labs from previous 30 days):**

**Results of Prescription Database Monitoring Program (PMP) Inquiry:**

☐ No findings or no findings other than ARCA-related medications or medications known to ARCA provider

☐ See attached documents from PMP

**Provider's Initials that acknowledge PMP findings:** _____

**Any additional concerns from Facilitator:**

Page 1 of 6
Initial Evaluation



Exhibit 13-039

6

**Presenting Problem/Chief Complaint:** "Just here for refills."

**Substance Use:**

Current Substance Use: No ☑ Yes ☐  If yes, what? _____

Primary substance (Drug of choice or reason for seeking treatment) ___OKy___ 4/18

Cravings for Alcohol/Substances: No ☑  Yes ☐ –

If Yes, compared to the past, cravings are ☐ Better ☐ Worse ☐ Same _____

Withdrawal Symptoms: No ☑ Yes ☐  What? _____

Medications: Compliant ☐  Noncompliant ☐  Tolerating ☐  Not tolerating ☐

Description of side effects: None ☐  Yes ☐  If yes, what? _____

**History of Presenting Illness: (Quality, Severity, Duration, Timing, Context, Modifying Factors, Associated Signs/Symptoms—See list below)**

Pt presents for flu m mat services
Pt denies cravings or opi use.
☑ further concern

| Mood: | | | | | | |
|---|---|---|---|---|---|---|
| Good ☑ | Fair ☐ | Angry ☐ | Irritable ☐ | Better ☐ | Worse ☐ | Same ☐ |

| Sleep: | | | | | | |
|---|---|---|---|---|---|---|
| Good ☑ | Fair ☐ | Poor ☐ | Excessive ☐ | Better ☐ | Worse ☐ | Same ☐ |

| Anxiety: | | | | | | |
|---|---|---|---|---|---|---|
| None ☐ | Low ☑ | Mod ☐ | High ☐ | Better ☐ | Worse ☐ | Same ☐ |

| Panic Attacks: | | | | | |
|---|---|---|---|---|---|
| No ☑ | Yes ☐ | Decreased ☐ | Increased ☐ | Frequency: _____ |

| Appetite: | | | | | |
|---|---|---|---|---|---|
| Good ☑ | Fair ☐ | Poor ☐ | Better ☐ | Worse ☐ | Same ☐ |

| Energy: | | | | | |
|---|---|---|---|---|---|
| Excessive ☐ | Good ☑ | Adequate ☐ | Low ☐ | Better ☐ | Worse ☐ | Same ☐ |

| Attention / Concentration: | | |
|---|---|---|
| Focused ☑ | Distracted ☐ | Inattentive ☐ |

Amitriptyline is helping his pain at hs
some which has ↓ cravings for opiats
↓ ↑ sleep.

Page 2 of 6
Initial Evaluation

Exhibit 13 040

**Suicidal Thoughts:**

No ☐ Yes ☐ Passive ☐ Active ☐ Plan ☐ Anticipate ☐

**Homicidal Thoughts:**

No ☐ Yes ☐ If yes, whom? _____

Ø AIr H

**Medications:** List ☐ Same as list documented in Visit Prep

☐ With the following additions

☐ With the following deletions

Compliant ☐  Noncompliant ☐  Tolerating ☐  Not Tolerating ☐

**Description of side effects:**

None ☐ Yes ☐ If so, what? _____

If new medications may be needed and a Prior Authorization may be needed due to a new medication choice

What medications has the patient failed? (Dose, Dates/Duration of treatment, response, side effects)

Medication 1:
Medication 2:
Medication 3:
Additional information:

**Past Medical History:** ☐ No change since the last visit, date:

**Updates:**

Allergies (and reactions): ☐ Same as list documented in Visit Prep

Family History:

Social History:

Past Psychiatric History (Including Past Suicide Attempts or Violence History):

*Pt does admit to be facing sentencing in Federal Court for wire fraud. — request med expert letter for provider to take to his lawyer / judge. will investigate & return info accorayly.*

Page 3 of 6
Initial Evaluation

COPY

Exhibit 13-041

**ROS:** General / Skin / HEENT / CVS / Respiratory / GI / GU / Musculo-skeletal / Neurologic / Endocrine

∅ cravings, anxiety or insomnia

☐ No change since the last visit, date:___ / ☐ As Above

## Objective Findings and Exam:

Appearance: (Kempt) ☐ Unkempt ☐ Obese ☐ Withdrawn ☐ Undernourished ☐ Other ☐

Consciousness: (Alert) ☐ Decreased ☐ Fluctuating ☐ Obtunded ☐ Other ☐

Orientation: x0 ☐ x1 ☐ x2 ☐ x3 ☐ (x4 (includes purpose) ☐ Other ☐

Demeanor: (Calm) ☐ Cooperative ☐ Uncooperative ☐ Anxious ☐ Agitated ☐ Intrusive ☐ Other ☐

Attitude: (Open) ☐ Friendly ☐ Guarded ☐ Hostile ☐ Defensive ☐ Indifferent ☐ Apathetic ☐ Other ☐

Speech: (Normal) ☐ Loud ☐ Dysarthric ☐ Decreased ☐ Excessive ☐ Rapid ☐ Pressured ☐ Mute ☐ Other ☐

Thought: (Logical) ☐ Concrete ☐ Circumstantial ☐ Tangential ☐ Non-Sequitur ☐ SI ☐ HI ☐

Auditory Hallucinations ☐ Visual Hallucinations ☐ Goal Directed ☐ Other ☐

Affect: (Euthymic) ☐ Constricted ☐ Labile ☐ Flat ☐ Guarded ☐ Congruent ☐

Incongruent ☐ Blunted ☐ Anxious ☐ Other ☐

Insight: (Good) ☐ Limited ☐ Denial ☐ Limited ☐ Blames Others ☐ None ☐ Other ☐

Judgement: (Good) ☐ Impaired ☐ Poor ☐ Other ☐

Memory: (Intact) ☐ Impaired ☐ Other ☐

Eye Contact: (Good) ☐ Fair ☐ Poor ☐ None ☐ Other ☐

Psychomotor: (Normal) ☐ Increased ☐ Decreased ☐ Other ☐

Motor Exam: Grossly (Normal) ☐ Tremors ☐ Rigidity ☐ Cog wheeling ☐ Catatonic ☐ Bradykinesia ☐

Akathisia ☐ Tics ☐ Posturing ☐ Tardive Dyskinesia ☐ Gait ☐ Station ☐ Other ☐

Additional Findings:

Page 4 of 6
Initial Evaluation

COPY

9

Exhibit 13-042

[redacted]

Assessment/Diagnoses for this patient encounter:

| ICD-10 Diagnosis | ICD-10 Diagnosis |
|---|---|
| **Behavioral Health (Circle)** | **Substance Use Disorders (Circle)** |
| Schizophrenia, F20.9 | |
| Schizoaffective Disorder, Bipolar type F25.0 Depressed type F25.1 | F10.10 Alcohol Abuse, uncomplicated .11 In Remission F10.20 Alcohol dependence, uncomplicated .21 In Remission |
| Bipolar Disorder, Current Episode Manic without Psychotic Features --Mild F31.11 --Moderate F31.12 --Severe F31.13 | F11.10 Opioid Abuse, uncomplicated --11 In Remission F11.20 Opioid Dependence, uncomplicated .21 In Remission |
| --Manic Severe with Psychotic Features F31.2 | F13.10 Sedative, Hypnotic, Anxiolytic Abuse, Uncomplicated .11 In Remission F13.20 Sedative, Hypnotic, Anxiolytic, Dependence, Uncomplicated .21 In Remission |
| -- Depressed, Mild F31.31 Moderate F32.32 | F14.10 Cocaine Abuse, uncomplicated .11 In Remission F14.20 Cocaine Dependence, uncomplicated .21 In Remission |
| -- Mixed, Mild F31.61 -- Moderate F31.62 | F15.10 Other Stimulant Abuse, uncomplicated .11 In Remission F15.20 Other Stimulant Dependence, Uncomplicated .21 In Remission |
| Bipolar II Disorder F31.81 | F16.90 Hallucinogen Use, unspecified, uncomplicated |
| Major Depression, Single Episode, F32.X Major Depression, Recurrent Episode, F33.X --Mild F33.0 --Moderate F33.1 --Severe without psychotic features F33.2 --Severe with psychotic features F33.3 | F17.210 Nicotine Dependence, Cigarettes, Uncomplicated F17.220 Nicotine Dependence, Chewing Tobacco Uncomplicated |
| F33.8 Mood Disorder | F19.10 Other psychoactive substance related disorders, uncomplicated |
| F41.0 Panic Disorder | |
| F41.1 Generalized Anxiety Disorder | |
| F43.11 Post-traumatic stress disorder, acute | |
| F51.05 Insomnia related to a mental disorder | |

Other Diagnosis(es):



COPY
Exhibit 13-043



**Recommendations/Plan:**

1) Labs

2) Risks, benefits, side effects and alternatives to current psychiatric medication changes (including no medications and no changes) were discussed in detail. Common side effects, infrequent side effects, rare adverse events and the possibility however rare of death discussed in detail and consent obtained to proceed as discussed. Non-pharmacological interventions discussed as well, and consent obtained to proceed with treatment plan as a whole as outlined.

3) Medication

☑ Continue the following:  *Continue present meds*

☐ Start the following:

☐ Stop the following:

If a Prior Authorization, if needed, provide the following:

☐ If a Prior Authorization is needed due to number of medications, why is it needed:

Number of medications:  ☐ Temporary symptom management due to SUD withdrawal

☐ Other:

☐ If a Prior Authorization is needed due to medication choice, see above

4) Referrals (for clinical or other support services)

   a. Internal:

   b. External:  *4 weeks*

5) Is the patient currently engaged in some form of psychodynamic therapy?  (Yes) No

   If yes, what is the frequency of counseling?

   If No, has the patient been involved in therapy in the past?  (Yes) No

   Was the patient offered therapy at this encounter?  (Yes) No

6) Does the patient have rescue naloxones?  (Yes) No

   Does the patient need a new prescription for rescue naloxone? Yes (No)

**Medical Decision Making: (Use E/M Coding and Documentation Guidelines for complexity)**

Straightforward ☐    Low ☐    (Moderate) ☐    High ☐

*[signature]*

Signature

Page 6 of 6
Initial Evaluation



Exhibit 13-044

Rolla



**Missouri Continuity Encounter**

Patient Name: Leaman Crews DOB: 10/23/B Date/Time: 5/9/19

**Visit Prep Facilitator:**
Christine

**Vital Signs: Height (inches):**      Weight (pounds): 201#   BP: 137/94   Pulse: 80

RR: 18          Temp (F) 98.4

**Allergies (and reactions)** denies                      SOR
                                                          Sinks So.

**UDS Results:** ① Bup, +Ca

**Medications:** See order Sheets

**Lab Results (Any labs from previous 30 days):**

**Results of Prescription Database Monitoring Program (PMP) Inquiry:**

☐ No findings or no findings other than ARCA-related medications or medications known to ARCA provider

☐ See attached documents from PMP

**Provider's Initials that acknowledge PMP findings:** _____

**Any additional concerns from Facilitator:**



Page 1 of 6
Initial Evaluation

Exhibit 13-045

**Presenting Problem/Chief Complaint:** "Everything is fine."

**Substance Use:**

Current Substance Use: (No) ☐ Yes ☐   If yes, what? _____

Primary substance (Drug of choice or reason for seeking treatment) Opiate pain pills

Cravings for Alcohol/Substances: (No) ☐ Yes ☐ –

If Yes, compared to the past, cravings are ☐ Better ☐ Worse ☐ (Same) _____

Withdrawal Symptoms: (No) ☐ Yes ☐   What? _____

Medications: (Compliant) ☐ Noncompliant ☐ Tolerating ☐ Not tolerating ☐

Description of side effects: (None) ☐ Yes ☐ If yes, what? _____

History of Presenting Illness: (Quality, Severity, Duration, Timing, Context, Modifying Factors, Associated Signs/Symptoms—See list below)

MAT Flu. Ø concerns
clare not helping - Causing blurry vision

**Mood**

| | | | | | | |
|---|---|---|---|---|---|---|
| Good ☐ | (Fair) ☐ | Angry ☐ | Irritable ☐ | Better ☐ | Worse ☐ | Same ☐ |

**Sleep:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Good ☐ | (Fair) ☐ | Poor ☐ | Excessive ☐ | Better ☐ | Worse ☐ | Same ☐ |

**Anxiety:** Wakes frequently

| | | | | | | |
|---|---|---|---|---|---|---|
| (None) ☐ | Low ☐ | Mod ☐ | High ☐ | Better ☐ | Worse ☐ | Same ☐ |

**Panic Attacks:**

| | | | | |
|---|---|---|---|---|
| (No) ☐ | Yes ☐ | Decreased ☐ | Increased ☐ | Frequency: _____ |

**Appetite:**

| | | | | | |
|---|---|---|---|---|---|
| (Good) ☐ | Fair ☐ | Poor ☐ | Better ☐ | Worse ☐ | Same ☐ |

**Energy:**

| | | | | | |
|---|---|---|---|---|---|
| Excessive ☐ | (Good) ☐ | Adequate ☐ | Low ☐ | Better ☐ | Worse ☐ | Same ☐ |

**Attention / Concentration:**

| | | |
|---|---|---|
| (Focused) ☐ | Distracted ☐ | Inattentive ☐ |

COPY

Exhibit 13-046

**Suicidal Thoughts:**

No ☐    Yes ☐    Passive ☐    Active ☐    Plan ☐    Attempt ☐

**Homicidal Thoughts:**

No ☐    Yes ☐    If yes, whom? _____

Ø HIV H

**Medications:** List ☐ Same as list documented in Visit Prep

   ☐ With the following additions

   ☐ With the following deletions

Compliant ☐    Noncompliant ☐    Tolerating ☐    Not Tolerating ☐

Description of side effects:

None ☐    Yes ☐    If so, what? _____

If new medications may be needed and a Prior Authorization may be needed due to a new medication choice

What medications has the patient failed? (Dose, Dates/Duration of treatment, response, side effects)

   Medication 1:

   Medication 2:

   Medication 3:

Additional Information:

**Past Medical History:** ☑ No change since the last visit, date:

**Updates:**

Allergies (and reactions): ☐ Same as list documented in Visit Prep

Family History:

Social History:

Past Psychiatric History (Including Past Suicide Attempts or Violence History):

COPY



**ROS:** General / Skin / HEENT / CVS / Respiratory / GI / GU / Musculo-skeletal / Neurologic / Endocrine

Ⓓ crainⱽ.    Ⓓ blurry vision

☐ No change since the last visit, date:     ☐ As Above    Ⓓ deprussion

## Objective Findings and Exam:

Appearance: Kampt ☐ Unkempt ☐ Obese ☐ Withdrawn ☐ Undernourished ☐ Other ☐

Consciousness: Alert ☐ Decreased ☐ Fluctuating ☐ Obtunded ☐ Other ☐

Orientation: x0 ☐ x1 ☐ x2 ☐ x3 ☐ x4 (includes purpose) ☐ Other ☐

Demeanor: Calm ☐ Cooperative ☐ Uncooperative ☐ Anxious ☐ Agitated ☐ Intrusive ☐ Other ☐

Attitude: Open ☐ Friendly ☐ Guarded ☐ Hostile ☐ Defensive ☐ Indifferent ☐ Apathetic ☐ Other ☐

Speech: Normal ☐ Loud ☐ Dysarthric ☐ Decreased ☐ Excessive ☐ Rapid ☐ Pressured ☐ Mute ☐ Other ☐

Thought: Logical ☐ Concrete ☐ Circumstantial ☐ Tangential ☐ Non-Sequitur ☐ SI ☐ HI ☐

    Auditory Hallucinations ☐ Visual Hallucinations ☐ Goal Directed ☐ Other ☐

Affect: Euthymic ☐ Constricted ☐ Labile ☐ Flat ☐ Guarded ☐ Congruent ☐

    Incongruent ☐ Blunted ☐ Anxious ☐ Other ☐

Insight: Good ☐ Limited ☐ Denial ☐ Limited ☐ Blames Others ☐ None ☐ Other ☐

Judgement: Good ☐ Impaired ☐ Poor ☐ Other ☐

Memory: Intact ☐ Impaired ☐ Other ☐

Eye Contact: Good ☐ Fair ☐ Poor ☐ None ☐ Other ☐

Psychomotor: Normal ☐ Increased ☐ Decreased ☐ Other ☐

Motor Exam: Grossly Normal ☐ Tremors ☐ Rigidity ☐ Cog wheeling ☐ Catatonic ☐ Bradykinesia ☐

    Akathisia ☐ Tics ☐ Posturing ☐ Tardive Dyskinesia ☐ Gait ☐ Station ☐ Other ☐

Additional Findings:



Exhibit 13-048



Assessment/Diagnoses for this patient encounter:

| ICD-10 Diagnosis | ICD-10 Diagnosis |
|---|---|
| **Behavioral Health (Circle)** | **Substance Use Disorders (Circle)** |
| Schizophrenia, F20.9 | |
| Schizoaffective Disorder, Bipolar type F25.0 Depressed type F25.1 | F10.10 Alcohol Abuse, uncomplicated   .11 in Remission  F10.20 Alcohol dependence, uncomplicated   .21 in Remission |
| Bipolar Disorder, Current Episode Manic without Psychotic Features --Mild F31.11 --Moderate F31.12 --Severe F31.13 | F11.10 Opioid Abuse, uncomplicated   .11 in Remission  F11.20 Opioid Dependence, uncomplicated   .21 in Remission |
| -- Manic Severe with Psychotic Features F31.2 | F13.10 Sedative, Hypnotic, Anxiolytic Abuse, Uncomplicated   .11 in Remission  F13.20 Sedative, Hypnotic, Anxiolytic, Dependence, Uncomplicated   .21 in Remission |
| -- Depressed, Mild F31.31 Moderate F32.32 | F14.10 Cocaine Abuse, uncomplicated   .11 in Remission  F14.20 Cocaine Dependence, uncomplicated   .21 in Remission |
| -- Mixed, Mild F31.61 -- Moderate F31.62 | F15.10 Other Stimulant Abuse, uncomplicated   .11 in Remission  F15.20 Other Stimulant Dependence, Uncomplicated   .21 in Remission |
| Bipolar II Disorder F31.81 | F16.90 Hallucinogen Use, unspecified, uncomplicated |
| Major Depression, Single Episode, F32.X Major Depression, Recurrent Episode, F33.X --Mild F33.0 --Moderate F33.1 --Severe without psychotic features F33.2 --Severe with psychotic features F33.3 | F17.210 Nicotine Dependence, Cigarettes, Uncomplicated  F17.220 Nicotine Dependence, Chewing Tobacco Uncomplicated |
| F33.8 Mood Disorder | F19.10 Other psychoactive substance related disorders, uncomplicated |
| F41.0 Panic Disorder | |
| F41.1 Generalized Anxiety Disorder | |
| F43.11  Post-traumatic stress disorder, acute | |
| F51.05 Insomnia related to a mental disorder | |
| Other Diagnosis(es): | |



**Recommendations/Plan:**

1) Labs

2) Risks, benefits, side effects and alternatives to current psychiatric medication changes (including no medications and no changes) were discussed in detail. Common side effects, infrequent side effects, rare adverse events and the possibility however rare of death discussed in detail and consent obtained to proceed as discussed. Non-pharmacological interventions discussed as well, and consent obtained to proceed with treatment plan as a whole as outlined.

3) Medication

☑ Continue the following: Suboxone, Clonidine, Usropin - Service Sheet

☐ Start the following:

☑ Stop the following: elavil

If a Prior Authorization, if needed, provide the following:

☐ If a Prior Authorization is needed due to number of medications, why is it needed:

Number of medications: ☐ Temporary symptom management due to SUD withdrawal

☐ Other:

☐ If a Prior Authorization is needed due to medication choice, see above

4) Referrals (for clinical or other support services)

a. Internal:

b. External: 4 weeks

5) Is the patient currently engaged in some form of psychodynamic therapy? (Yes) No

If yes, what is the frequency of counseling? Monthly

If No, has the patient been involved in therapy in the past? (Yes) No

Was the patient offered therapy at this encounter? (Yes) No

6) Does the patient have rescue naloxone? (Yes) No

Does the patient need a new prescription for rescue naloxone? Yes (No)

Medical Decision Making: (Use E/M Coding and Documentation Guidelines for complexity)

Straightforward ☐   Low ☐   Moderate ☐   High ☐

Signature

Exhibit 13-050

11:39 AM

Sinks Pharmacy
1100B S. Bishop
ROLLA, MO 65401
Phone:(573) 308-4899 Fax:(573) 308-4893
Fed. Id:43-123615 NABP:2662669
NPI:1740385608

05/08/2019

CREWS, LEAMAN
436 HOLLY LN
ST. JAMES, MO 65559
Phone:   Cell:(573) 202-8980
DOB: 10/23/1973

Profile From:01/01/2018 thru 05/08/2019

| Fill Date ▸ | Rx Num | Qty | Drug | NDC | Doctor | Copay | Fill Number |
|---|---|---|---|---|---|---|---|
| 06/22/2018 | 596414 | 30 | *TRAZODONE 100MG | 50111-0434-03 | GUPTA, ANIL | $14.090 | |
| 06/22/2018 | 596413 | 30 | BACLOFEN 10MG | 16714-0071-06 | GUPTA, ANIL | $15.970 | |
| 06/22/2018 | 596412 | 30 | *CLONIDINE 0.1MG | 00228-2127-50 | GUPTA, ANIL | $12.710 | |
| 06/22/2018 | 149118 | 11 | SUBOXONE MIS 8-2MG | 12496-1208-03 | GUPTA, ANIL | $118.280 | |
| 06/29/2018 | 149182 | 24 | SUBOXONE MIS 8-2MG | 12496-1208-03 | GUPTA, ANIL | $253.200 | |
| 07/10/2018 | 597559 | 30 | CLONIDINE 0.1MG | 29300-0135-05 | GUPTA, ANIL | $16.660 | |
| 07/12/2018 | 149262 | 21 | SUBOXONE MIS 8-2MG | 12496-1208-03 | GUPTA, ANIL | $222.990 | |
| 07/24/2018 | 149388 | 11 | SUBOXONE MIS 8-2MG | 12496-1208-03 | GUPTA, ANIL | $118.280 | |
| 07/25/2018 | 598633 | 30 | CLONIDINE 0.1MG | 29300-0135-05 | GUPTA, ANIL | $16.660 | |
| 07/31/2018 | 149388 | 10 | SUBOXONE MIS 8-2MG | 12496-1208-03 | GUPTA, ANIL | $106.651 | |
| 08/07/2018 | 599569 | 6 | CLONIDINE 0.1MG | 29300-0135-05 | GUPTA, ANIL | $20.280 | |
| 08/07/2018 | 149538 | 5 | SUBOXONE MIS 8-2MG | 12496-1208-03 | GUPTA, ANIL | $55.700 | |
| 08/10/2018 | 599814 | 30 | CLONIDINE 0.1MG | 29300-0135-05 | GUPTA, ANIL | $21.380 | |
| 08/10/2018 | 149573 | 11 | SUBOXONE MIS 8-2MG | 12496-1208-03 | GUPTA, ANIL | $118.280 | |
| 08/16/2018 | 149573 | 11 | SUBOXONE MIS 8-2MG | 12496-1208-03 | GUPTA, ANIL | $118.281 | |
| 08/23/2018 | 149573 | 10 | SUBOXONE MIS 8-2MG | 12496-1208-03 | GUPTA, ANIL | $106.652 | |
| 08/31/2018 | 149810 | 11 | SUBOXONE MIS 8-2MG | 12496-1208-03 | GUPTA, ANIL | $118.280 | |
| 08/31/2018 | 601417 | 60 | CLONIDINE 0.1MG | 29300-0135-05 | GUPTA, ANIL | $22.760 | |
| 09/06/2018 | 149810 | 11 | SUBOXONE MIS 8-2MG | 12496-1208-03 | GUPTA, ANIL | $118.281 | |
| 09/13/2018 | 149810 | 11 | SUBOXONE MIS 8-2MG | 12496-1208-03 | GUPTA, ANIL | $118.282 | |
| 09/20/2018 | 149810 | 9 | SUBOXONE MIS 8-2MG | 12496-1208-03 | GUPTA, ANIL | $96.583 | |
| 09/28/2018 | 150104 | 11 | SUBOXONE MIS 8-2MG | 12496-1208-03 | BAUWENS, DANIEL | $118.280 | |
| 09/28/2018 | 603566 | 75 | CLONIDINE 0.1MG | 29300-0135-05 | BAUWENS, DANIEL | $24.240 | |
| 10/05/2018 | 150104 | 11 | SUBOXONE MIS 8-2MG | 12496-1208-03 | BAUWENS, DANIEL | $118.281 | |
| 10/11/2018 | 150104 | 11 | SUBOXONE MIS 8-2MG | 12496-1208-03 | BAUWENS, DANIEL | $118.282 | |
| 10/18/2018 | 150104 | 11 | SUBOXONE MIS 8-2MG | 12496-1208-03 | BAUWENS, DANIEL | $118.283 | |
| 10/25/2018 | 150104 | 11 | SUBOXONE MIS 8-2MG | 12496-1208-03 | BAUWENS, DANIEL | $118.284 | |
| 11/02/2018 | 606502 | 60 | CLONIDINE 0.1MG | 29300-0135-05 | BAUWENS, DANIEL | $22.640 | |

Pharmacy

Exhibit 13-051

CREWS, LEAMAN
436 HOLLY LN
ST. JAMES, MO 65559
Phone:    Cell(573) 202-8980
DOB: 10/23/1973

Sinks Pharmacy
1100B S. Bishop
ROLLA, MO 65401
Phone(573) 308-4899 Fax(573) 308-4893
Fed. Id 43-1236515 NABP:2632669
NPI:1740385608

05/08/2019

| Fill Date | Rx Num | Qty | Drug | NDC | Doctor | Copay | Fill Number |
|---|---|---|---|---|---|---|---|
| 11/02/2018 | 150488 | 45 | SUBOXONE MIS 8-2MG | 12496-1208-03 | BAUWENS, DANIEL | $464.690 | |
| 11/30/2018 | 150845 | 45 | SUBOXONE MIS 8-2MG | 12496-1208-03 | ROTTNEK, FRED | $464.690 | |
| 11/30/2018 | 609115 | 60 | CLONIDINE 0.1MG | 29300-0135-05 | ROTTNEK, FRED | $23.660 | |
| 12/21/2018 | 151232 | 21 | SUBOXONE MIS 8-2MG | 12496-1208-03 | ROTTNEK, FRED | $222.990 | |
| 12/21/2018 | 612029 | 60 | CLONIDINE 0.1MG | 29300-0135-05 | ROTTNEK, FRED | $23.660 | |
| 12/21/2018 | 612028 | 30 | *LISINOPRIL 10MG | 43547-0353-11 | ROTTNEK, FRED | $20.380 | |
| 01/03/2019 | 151232 | 21 | SUBOXONE MIS 8-2MG | 12496-1208-03 | ROTTNEK, FRED | $222.991 | |
| 01/18/2019 | 615296 | 2 | NARCAN SPR | 69547-0353-02 | ROTTNEK, FRED | $164.000 | |
| 01/18/2019 | 615295 | 30 | LISINOPRIL 10MG | 68180-0980-03 | ROTTNEK, FRED | $15.510 | |
| 01/18/2019 | 615294 | 60 | CLONIDINE 0.1MG | 29300-0135-05 | ROTTNEK, FRED | $23.660 | |
| 01/31/2019 | 151634 | 21 | SUBOXONE MIS 8-2MG | 12496-1208-03 | ROTTNEK, FRED | $233.561 | |
| 02/15/2019 | 618905 | 30 | LISINOPRIL 20MG | 68180-0981-03 | ROTTNEK, FRED | $15.510 | |
| 02/15/2019 | 618904 | 60 | CLONIDINE 0.1MG | 29300-0135-05 | ROTTNEK, FRED | $23.660 | |
| 02/15/2019 | 152105 | 30 | SUBOXONE MIS 8-2MG | 12496-1208-03 | ROTTNEK, FRED | $328.730 | |
| 02/28/2019 | 152105 | 30 | SUBOXONE MIS 8-2MG | 12496-1208-03 | ROTTNEK, FRED | $328.731 | |
| 03/14/2019 | 622381 | 60 | AMITRIPTYLINE 10 MG | 16729-0171-17 | HOUSE, BRANDI | $28.070 | |
| 03/14/2019 | 622380 | 30 | LISINOPRIL 20MG | 68180-0981-03 | HOUSE, BRANDI | $21.720 | |
| 03/14/2019 | 622377 | 60 | CLONIDINE 0.1MG | 29300-0135-05 | HOUSE, BRANDI | $23.660 | |
| 03/14/2019 | 152519 | 30 | BUPREN/NALOX MIS 8-2MG FILM | 47781-0357-03 | HOUSE, BRANDI | $359.040 | |
| 03/28/2019 | 152519 | 30 | BUPREN/NALOX MIS 8-2MG FILM | 47781-0357-03 | HOUSE, BRANDI | $231.431 | |
| 04/12/2019 | 626597 | 30 | AMITRIPTYLIN 50MG | 16714-0448-01 | HOUSE, BRANDI | $38.570 | |
| 04/12/2019 | 626595 | 60 | CLONIDINE 0.1MG | 29300-0135-05 | HOUSE, BRANDI | $22.550 | |
| 04/12/2019 | 626594 | 30 | LISINOPRIL 20MG | 68180-0981-03 | HOUSE, BRANDI | $36.700 | |
| 04/12/2019 | 153017 | 32 | BUPREN/NALOX SUB 8-2MG | 62175-0458-32 | HOUSE, BRANDI | $136.080 | |
| 04/25/2019 | 153017 | 32 | BUPREN/NALOX SUB 8-2MG | 62175-0458-32 | HOUSE, BRANDI | $154.901 | |

2 Of 2

Pharmacist _____

$6,311.22

Exhibit 13-052

# ROLLA FAMILY CLINIC
### Walk-In & Primary Care
**9 am-9 pm**
### 573-426-5900

# CREWS, LEAMAN
45 Y old Male, DOB: 10/23/1973
Account Number: 69443
436 HOLLY LN, ST JAMES, MO-65559
Home: 573-202-8980
Guarantor: CREWS, LEAMAN Insurance: SEMO-BH
Appointment Facility: Rolla Family Clinic

08/06/2019

**Progress Notes: Oluyomi Olusanya, MD**

## Current Medications
**Taking**
- Buprenorphine HCl-Naloxone HCl 8-2 MG Tablet Sublingual 1 tablet under the tongue and allow to dissolve Sublingual Once a day
- CloNIDine HCl ER 0.1 MG Tablet Extended Release 12 Hour 1 tablet at bedtime Orally twice a day
- Lisinopril 20 MG Tablet 1 tablet Orally Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
High blood pressure.
Psoriasis (cream).
rheumatoid arthritis (NSAIDS).
back/neck pain (NSAIDS).

## Surgical History
Denies Past Surgical History

## Family History
Family: diagnosed with Hypertension

## Social History
Social History:
No Illicit Drugs. Caffine: Yes. No Alcohol.
Sexually Active: Yes. Smoking status:
Current smoker.

## Allergies
N.K.D.A.

## Hospitalization/Major
**Diagnostic Procedure**
Denies Past Hospitalization

## Review of Systems
ROS:
GENERAL denies nausea, vomiting, fever, weight loss or weight gain. HENT denies any headache, nasal pain, sore throat,. CHEST denies any chest pain, chest trauma. LUNGS denies wheezing,

## Reason for Appointment
1. MAT CONSULT

## History of Present Illness
Constitutional:
- He has been seen by SE MO and advised to transfer care to us. PCP is Dr Gorrell. He was addicted to oxycodone/ Percocet for 14 years (2004- June 2018). He was involved in drugs after an MVC with back pain and when they were stopped he had to use more and buying off the streets. He has been clean for 14 mths. No Hx of IVDA and he only chewed up the pills. No history of overdose on medications.
- No Hx of suicidal ideation or attempts. No previous psychiatric diagnosis. He completed group therapy with SE MO. He has a supportive spouse.
- No Hx of Hepatitis, last screen 2018.
- He works in IT as an independent contractor.

## Vital Signs
BP 143/93, HR 81, RR 16, Temp 98.8, Wt 203, Ht 70, BMI 29.12, Oxygen sat % 98, Wt-kg 92.

## Examination
General, Comprehensive:
GENERAL APPEARANCE: pleasant, well nourished, well developed, no acute distress. HEENT: NC/AT, EOMI, PERRL, nose clear and no ear drainage. NECK: no thyromegaly. HEART: regular rate and rhythm, normal S1S2. LUNGS: clear to auscultation bilaterally. ABDOMEN: soft, non-tender/non-distended. EXTREMITIES: normal ROM, no edema, no lesions. BACK normal lumbar alignment, no deformity. SKIN: no rashes, no erythema, no petechiae. NEURO: alert and oriented x three, 5/5 Motor strength and normal sensory. . PSYCH Full affect, No emotional instability, Not suicidal/homicidal.

## Assessments
1. Opioid dependence, in remission - F11.21 (Primary)
2. Essential (primary) hypertension - I10

## Treatment
**1. Opioid dependence, in remission**
Refill Buprenorphine HCl-Naloxone HCl Tablet Sublingual, 8-2 MG, 1 tablet under the tongue and allow to dissolve, Sublingual, twice a day

---

Exhibit 13-053

difficulty breathing or previous breathing problems.
ABDOMEN denies any abdominal pain or abdominal contusion.
GENITOURINARY denies any suprapubic pain, discharge or dysuria. SKIN Denies any skin rash or skin color changes.
NEUROLOGIC denies any numbness or weakness of all extremities, difficulty walking.
PSYCHIATRIC denies current depression, anxiety, homicidal or suicidal ideation. All ROS **All other systems are negative except where otherwise stated.**

(bid) (restrict all controlled meds to Dr Olusanya), 15 days, 30, Refills 0, Notes: two a day broken into quarters
Refill CloNIDine HCl ER Tablet Extended Release 12 Hour, 0.1 MG, 1 tablet, Orally, twice a day, 90 days, 90, Refills 0
Clinical Notes: Labs at SEMO
- Refilled suboxone tabs sec to insurance.

### 2. Essential (primary) hypertension
Refill Lisinopril Tablet, 20 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 1
Clinical Notes: Refilled for cravings and HTN. Discussed the need to decide on PCP here or Gorell.

**Follow Up**
2 Weeks



Electronically signed by **Oluyomi Olusanya** , **MD** on 08/10/2019 at 09:06 AM CDT

Sign off status: Completed

Rolla Family Clinic
1060 S. BISHOP AVE
ROLLA, MO 65401-4311
Tel: 573-426-5900
Fax: 573-426-4466

Patient: GREEN, LEAMAN   DOB: 10/23/1973   Progress Note: **Oluyomi Olusanya, MD**   08/06/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Exhibit 13-054

# ROLLA FAMILY CLINIC
**Walk-In & Primary Care**
(9 am-9 pm)
**573-426-5900**

# CREWS, LEAMAN
45 Y old Male, DOB: 10/23/1973
Account Number: 69443
436 HOLLY LN, ST JAMES, MO-65559
Home: 573-202-8980
Guarantor: CREWS, LEAMAN  Insurance: SEMO-BH
Appointment Facility: Rolla Family Clinic

08/20/2019

**Progress Notes: Oluyomi Olusanya, MD**

## Current Medications
**Taking**
- Lisinopril 20 MG Tablet 1 tablet Orally Once a day
- Buprenorphine HCl-Naloxone HCl 8-2 MG Tablet Sublingual 1 tablet under the tongue and allow to dissolve Sublingual twice a day (bid) (restrict all controlled meds to Dr Olusanya), stop date 08/21/2019, Notes: two a day broken into quarters
- CloNIDine HCl ER 0.1 MG Tablet Extended Release 12 Hour 1 tablet Orally twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
High blood pressure.
Psoriasis (cream).
rheumatoid arthritis (NSAIDS).
back/neck pain (NSAIDS).

## Surgical History
Denies Past Surgical History

## Family History
Family: diagnosed with Hypertension

## Social History
Social History:
No Illicit Drugs. Caffine: Yes. No Alcohol.
Sexually Active: Yes. Smoking status:
Current smoker.
IT.

## Allergies
N.K.D.A.

## Hospitalization/Major
**Diagnostic Procedure**
Denies Past Hospitalization

## Review of Systems
ROS:
GENERAL denies nausea, vomiting, fever, weight loss or weight gain. CHEST denies any chest

## Reason for Appointment
1. MAT F/U

## History of Present Illness
Constitutional:
He has been stable and no relapse
Symptoms, Any Cravings? N, Attended any AA/NA,N Any Cravings?N, Established support Network,N Any medications changes? N, Any medications changes?N.

## Vital Signs.
BP 166/94, RR 16, Temp 99.5, Wt 204, Ht 70, BMI 29.27, Oxygen sat % 98, Wt-kg 93.

## Examination
General, Comprehensive:
GENERAL APPEARANCE: pleasant, well nourished, well developed, no acute distress. HEENT: NC/AT, EOMI, PERRL, nose clear and no ear drainage. NECK: no thyromegaly. HEART: regular rate and rhythm, normal S1S2. LUNGS: clear to auscultation bilaterally. ABDOMEN: soft, non-tender/non-distended. EXTREMITIES: normal ROM, no edema, no lesions. BACK normal lumbar alignment, no deformity. SKIN: no rashes, no erythema, no petechiae. NEURO: alert and oriented x three, 5/5 Motor strength and normal sensory. . PSYCH Full affect, No emotional instability, Not suicidal/homicidal.

## Assessments
1. Opioid dependence, in remission - F11.21 (Primary)
2. Essential (primary) hypertension - I10

## Treatment
### 1. Opioid dependence, in remission
Refill Buprenorphine HCl-Naloxone HCl Tablet Sublingual, 8-2 MG, 1 tablet under the tongue and allow to dissolve, Sublingual, twice a day (bid) (restrict all controlled meds to Dr Olusanya), 15 days, 30, Refills 1, Notes: two a day broken into quarters
LAB: Drug Profile, Ur. (14 drugs)

| | |
|---|---|
| THC | NEG |
| COC | NEG |
| MOP | NEG |
| MET | NEG |

Exhibit 13-055

https://morofcapp.eclinicalweb.com/mobiledoc/jsp/catalog/xml/printMultipleChartOptions...  8/21/2019

pain, chest trauma. LUNGS denies
wheezing, difficulty breathing or
previous breathing problems.
ABDOMEN denies any abdominal
pain or abdominal contusion.
GENITOURINARY denies any
suprapubic pain, discharge or
dysuria. MUSCULOSKELETAL denies
any joint aches, muscle swelling. All
ROS All other systems are negative
except where otherwise stated.

| | |
|---|---|
| AMP | NEG |
| BZO | NEG |
| BAR | NEG |
| MTD | NEG |
| BUPG | POS |
| TCA | NEG |
| MDMA | NEG |
| OXY | NEG |
| PCP | NEG |
| PPX | NEG |

SCHULZE,DONNA M 08/20/2019 05:09:33 PM CDT >

Clinical Notes: - he has been stable and refill medications

**2. Essential (primary) hypertension**
Clinical Notes:

He wants to make us PCP and discuss labs on next visit.

**Procedure Codes**
80307 DRUG SCREEN, QUALITATIEMULTI

**Follow Up**
4 Weeks

Electronically signed by **Oluyomi Olusanya** , MD on
08/21/2019 at 03:04 PM CDT

Sign off status: Pending

Rolla Family Clinic
1060 S. BISHOP AVE
ROLLA, MO 65401-4311
Tel: 573-426-5900
Fax: 573-426-4466

Patient: CREWS, LEAMAN   DOB: 10/23/1973   Progress Note: **Oluyomi Olusanya, MD**   08/20/2019

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)