# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| LEAMAN CREWS, | ) |
|                     Plaintiff, | ) |
| v. | ) No. |
| KATHLEEN HAWK SAWYER, in her official capacity as the Director of the Bureau of Prisons, and Dr. DEBORAH G. SCHULT, in her official capacity as Assistant Director for the Health Services Division of the Federal Bureau of Prisons, | ) |
|                     Defendants. | ) |

## RULE 65(b)(1)(B) CERTIFICATION BY MOVANT'S COUNSEL

1. As required by Federal Rule of Civil Procedure 65(b)(1)(B), I certify that Plaintiff's counsel has attempted to provide notice to Defendants of this request for a Temporary Restraining Order.

2. On August 27, 2019, I brought the issue of Leaman Crews' access to his prescribed MAT for his opioid use disorder to the attention of the United States Penitentiary at Leavenworth, Kansas, via letter, facsimile, and electronic mail. My co-counsel Lauren Bonds, whose signature also appears below, called several times and left voice messages. As far as we are aware, no response has been received over the last 11 days.

3. On September 4, 2019, I spoke with an Assistant United States Attorney, as well as Deputy Regional Counsel for the Northeast Region of the Federal Bureau of Prisons, who contacted the Bureau's North Central Region, of which Kansas is a part.

4. On September 5, 2019, I spoke with Deputy Regional Counsel for the North Central Region of the Federal Bureau of Prisons about Leaman Crews' access to his prescribed MAT for his opioid use disorder.

5. On September 6, 2019, I called Deputy Regional Counsel and left a voicemail. I also emailed Deputy Regional Counsel in which I stated that Leaman Crews, through his attorneys, would be requesting temporary relief from the court this same date, September 6, 2019, and would be requesting that the court hear that request for relief today. Deputy Regional Counsel responded and stated that we should contact the United States Attorney's Office for the District of Kansas.

6. My colleague Lauren Bonds, whose signature also appears below, called the United States Attorney's Office for the District of Kansas as directed by Deputy Regional Counsel for the Federal Bureau of Prisons, and left a voicemail message.

7. Notice should not be required because of the urgency of this request. Around 11:00 a.m. this date, September 6, 2019, Leaman Crews sent an electronic message to his wife, Amy Crews, stating that he had received no medication whatsoever since he self-surrendered the afternoon of September 4, 2019, including both his prescribed Suboxone and his prescribed hypertension medication.

8. Notice also should not be required because as Plaintiff's counsel we intend to expeditiously serve that order upon Defendants along with a copy of the Complaint and Summons.

Dated this 6th day of September 2019.

By: _____  
Jessie Steffan, Movant's Counsel

By: _____  
Lauren Bonds, Movant's Counsel

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system on this 6th day of September, 2019. On that date, I also served a copy of the foregoing document on the United State Attorney for the District of Kansas and Federal Bureau of Prisons.

/s/ Zal K. Shroff
Zal K. Shroff