## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LEAMAN CREWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    19-cv-2541 |
| | ) | |
| KATHLEEN HAWK SAWYER, in her | ) | |
| official capacity as the Director of the Bureau | ) | |
| of Prisons, and Dr. DEBORAH G. SCHULT, | ) | |
| in her official capacity as Assistant Director | ) | |
| for the Health Services Division of the | ) | |
| Federal Bureau of Prisons, | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Plaintiff requests an order directing the Clerk to issue a writ of habeas corpus ad testificandum directing Nicole English, warden of the United States Penitentiary-Leavenworth to produce Leaman Crews before the Court. In support, they state:

1.      This matter is scheduled for a hearing, starting on September 9, 2019, on Plaintiff's motion for temporary restraining order, ECF No. 2.

2.      Leaman Crews is needed to give testimony at the hearing at 1:00pm on September 9, 2019. Mr. Crews is the plaintiff in this case and is the only witness who can testify about his medical condition and treatment.

3.      Mr. Crews is currently detained in the United States Penitentiary at Leavenworth, 1300 Metropolitan Avenue, Leavenworth, Kansas 66048.

4.      Mr. Crews is currently housed in Leavenworth Camp B-2 #18.

5.      Nicole English is the warden of the United States Penitentiary-Leavenworth.

1

WHEREFORE, Plaintiff requests this Court enter an order to direct the Clerk to issue a writ of habeas corpus ad testificandum directed to Nicole English, Warden, United States Penitentiary at Leavenworth, 1300 Metropolitan Avenue, Leavenworth, Kansas 66048, commanding her to produce Leaman Crews before the Court on September 9, 2019 at 1:00 p.m. and, at the conclusion of the proceedings or upon the Court's direction, to return him to the institution from which he was brought.

Respectfully submitted,


/s/ Lauren Bonds
Lauren Bonds, KS Sup. Ct. No. 27807
Zal Shroff, KS Sup. Ct. No. 28013
ACLU Foundation of Kansas
6701 W. 64th St., Suite 210
Overland Park, KS 66202
(913) 490-4114
(913) 490-4119 (fax)
lbonds@aclukansas.org
zshroff@aclukansas.org


***Counsel for Plaintiff***


## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system. A copy was also emailed to Defendants' counsel.

/s/ Lauren Bonds
Lauren Bonds

2