IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LEAMAN CREWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   19-cv-2541-CM-ADM |
| | ) | |
| KATHLEEN HAWK SAWYER, in her official capacity as the Director of the Bureau of Prisons, and Dr. DEBORAH G. SCHULT, in her official capacity as Assistant Director for the Health Services Division of the Federal Bureau of Prisons, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER WITHDRAWING PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

This court having considered Plaintiff's UNOPPOSED MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM [Doc. 24], and for good cause, **grants** the Plaintiff's MOTION TO WITHDRAW [Doc. 24] his habeas petition.

**IT IS HEREBY ORDERED** that the Plaintiff's PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM [Doc. 16] is **withdrawn**.

**IT IS SO ORDERED.**

Dated this 9th day of September, 2019 at Kansas City, KS.

/s/ Carlos Murguia
Hon. Carlos Murguia
United States District Judge