# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEAMAN CREWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.   19-cv-2541 |
| | ) |
| KATHLEEN HAWK SAWYER, in her | ) |
| official capacity as the Director of the Bureau | ) |
| of Prisons, and Dr. DEBORAH G. SCHULT, | ) |
| in her official capacity as Assistant Director | ) |
| for the Health Services Division of the | ) |
| Federal Bureau of Prisons, | ) |
| | ) |
| Defendant. | ) |

## **PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff, by and through his undersigned counsel, files this unopposed motion to withdraw the request for a Temporary Restraining Order and the related emergency hearing that has been set for Friday, September 13, 2019. Since filing the motion for a TRO, the parties have reached a resolution in this matter.

WHEREFORE, and for the reasons stated above, the parties respectfully request that the Court grant their stipulated joint motion to withdraw the request for a TRO and the related emergency hearing.

Respectfully submitted,

/s/ Lauren Bonds
Lauren Bonds, KS Sup. Ct. No. 27807
Zal Shroff, KS Sup. Ct. No. 28013
ACLU Foundation of Kansas
6701 W. 64th St., Suite 210
Overland Park, KS 66202
(913) 490-4114
(913) 490-4119 (fax)
lbonds@aclukansas.org
zshroff@aclukansas.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system. A copy was also emailed to Defendants' counsel.

/s/ Lauren Bonds
Lauren Bonds