IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEAMAN CREWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  19-cv-2541-CM-ADM |
| | ) |
| KATHLEEN HAWK SAWYER, in her | ) |
| official capacity as the Director of the | ) |
| Bureau of Prisons, and Dr. DEBORAH G. | ) |
| SCHULT, in her official capacity as | ) |
| Assistant Director for the Health Services | ) |
| Division of the Federal Bureau of Prisons, | ) |
| | ) |
| Defendant. | ) |

ORDER WITHDRAWING THE EMERGENCY MOTION FOR TRO
AND VACATING THE HEARING SET FOR SEPTEMBER 13, 2019

This Court, having considered PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW TEMPORARY RESTRAINING ORDER [Doc. 31] and to Vacate Hearing Set for September 13, 2019.  For good cause, the Court **grants** the Plaintiff's MOTION TO WITHDRAW THE TRO MOTION [Doc. 31] and vacate the emergency hearing.

**IT IS ORDERED** that the PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER [Doc. 2] is hereby **withdrawn**. *Plaintiff's* MOTION FOR PRELIMINARY INJUNCTION *remains pending*.

**IT IS FURTHER ORDERED** that the MOTION HEARING, set for September 13, 2019, is hereby vacated and cancelled.

**IT IS SO ORDERED**.

Dated this 11th day of September, 2019 at Kansas City, KS.

/s/ Carlos Murguia
HON. CARLOS MURGUIA
United States District Judge