# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**LEAMAN CREWS,**

        **Plaintiff,**

v.                                                            Case No:  19-2541-JWB

**KATHLEEN HAWK SAWYER, in her official capacity as the Director of the Federal Bureau of Prisons, and DEBORAH G. SCHULT, in her official capacity as Assistant Director for the Health Services Division of the Federal Bureau of Prisons,**

        **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Defendants' motion to dismiss is GRANTED.  (Doc. 36.)  Plaintiff's claims are dismissed without prejudice for lack of subject matter jurisdiction.

 March 31, 2020                                      TIMOTHY M. O'BRIEN
    Date                                                      CLERK OF THE DISTRICT COURT

                                                                  by:   s/ Joyce Roach
                                                                        Deputy Clerk